FILED
8/7/19 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Sean P. Melvin, ) | |
| Heather S. Melvin, ) | |
| *Debtors* ) | Case No. 19-22919 GLT |
| ) | Chapter 13 |
| Sean P. Melvin, ) | |
| Heather S. Melvin, ) | |
| *Movants* ) | Related to Docket No. 11 |
| ) | |
| No Respondents ) | |

### ORDER OF COURT

AND NOW, to wit, this 7th Day of August, 2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Sean and Heather Melvin, are hereby granted an extension until August 20, 2019 to file a completed Chapter 13 petition and plan.

FURTHER ORDERED:

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sean P. Melvin
Heather S. Melvin
    Debtors

Case No. 19-22919-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil        Page 1 of 1        Date Rcvd: Aug 07, 2019
                      Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
db/jdb       +Sean P. Melvin,   Heather S. Melvin,   25 Cypress Dr.,   Carnegie, PA 15106-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-3, U.S. Bank National
         Association, as Indenture Trustee bkgroup@kmllawgroup.com
        Julie Frazee Steidl    on behalf of Joint Debtor Heather S. Melvin
         julie.steidl@steidl-steinberg.com,
         leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
         tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Julie Frazee Steidl    on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com,
         leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
         tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                 TOTAL: 6