| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Sean P. Melvin**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2400**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Heather S. Melvin**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6228**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter   **13   7/23/19** |
| Case number:   **19–22919–GLT** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Sean P. Melvin | Heather S. Melvin |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 25 Cypress Dr.<br>Carnegie, PA 15106 | 25 Cypress Dr.<br>Carnegie, PA 15106 |
| 4. | **Debtor's attorney**<br>Name and address | Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/21/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 23, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/22/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/1/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/21/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/23/19** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 19-22919-GLT
Sean P. Melvin                                                                 Chapter 13
Heather S. Melvin
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil          Page 1 of 4          Date Rcvd: Aug 21, 2019
                              Form ID: 309I       Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
```
db/jdb         +Sean P. Melvin,    Heather S. Melvin,    25 Cypress Dr.,    Carnegie, PA 15106-1309
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty            +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1945
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15092159       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15092160       +American Recovery Service Inc.,    555 St. Charles Drive,    Suite 100,
                Thousand Oaks, CA 91360-3983
15092186       +Collection Service Center, Inc.,    Pob 560,    New Kensington, PA 15068-0560
15092192       +Creditech/Cbalv,    50 North 7th St,    Bangor, PA 18013-1791
15092193       +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
15092197       +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                Mason, OH 45040-8999
15092194       +Deptartment Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
15092216       +JJHPortfolio Debt Equities, LLC,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
15102865       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
15092211       +Jared/Comenity Bank,    PO BOx 182789,    Columbus, OH 43218-2789
15092217       +Lauren Gothe,    737 Penn Avenue,    New Brighton, PA 15066-1342
15092232       +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15092242       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15092244       +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                Cleveland, OH 44101-4982
15092266        Toyota Financial Services,    111 W 22nd St,    Oakbrook, IL 60521
15092269       +US Heart & Vascular PC,    c/o Credit Management Inc.,    681 Anderson Drive #6,
                Pittsburgh, PA 15220-2766
15092271       +Visa Dept Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
15092272       +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Aug 22 2019 03:00:59     Julie Frazee Steidl,
                707 Grant Street Suite 2830,    Gulf Building.,    Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2019 03:01:51     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 22 2019 03:01:59
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com Aug 22 2019 03:02:41     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Aug 22 2019 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15092162       +EDI: AMEREXPR.COM Aug 22 2019 07:24:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                El Paso, TX 79998-1540
15092161       +EDI: AMEREXPR.COM Aug 22 2019 07:24:00      Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
15092163        EDI: BANKAMER.COM Aug 22 2019 07:24:00      Bank Of America,    Po Box 982238,
                El Paso, TX 79998
15092166       +EDI: TSYS2.COM Aug 22 2019 07:24:00      Barclays Bank Delaware,    Attn: Correspondence,
                Po Box 8801,    Wilmington, DE 19899-8801
15092164       +EDI: TSYS2.COM Aug 22 2019 07:24:00      Barclays Bank Delaware,    P.o. Box 8803,
                Wilmington, DE 19899-8803
15092174        E-mail/Text: bankruptcy@cavps.com Aug 22 2019 03:02:22     Cavalry Portfolio Services,
                Po Box 27288,    Tempe, AZ 85285
15092183        E-mail/Text: bankrupt@choicerecovery.com Aug 22 2019 03:01:03     Choice Recovery,
                1550 Old Henderson Road,    Columbus, OH 43220
15092184        E-mail/Text: bankrupt@choicerecovery.com Aug 22 2019 03:01:03     Choice Recovery,
                1550 Old Henderson Road,    Suite 100,    Columbus, OH 43220
15092185        E-mail/Text: bankrupt@choicerecovery.com Aug 22 2019 03:01:03     Choice Recovery,
                Attn: Bankruptcy,    1550 Old Henderson Rd, Ste 100,    Columbus, OH 43220
15092168       +EDI: CAPITALONE.COM Aug 22 2019 07:24:00      Capital One,    Po Box 30281,
                Salt Lake City, UT 84130-0281
15092170       +EDI: CAPITALONE.COM Aug 22 2019 07:24:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
15099584        EDI: CAPITALONE.COM Aug 22 2019 07:24:00      Capital One Bank (USA), N.A.,
                by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15092175       +E-mail/Text: bankruptcy@cavps.com Aug 22 2019 03:02:21     Cavalry Portfolio Services,
                Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15092172       +E-mail/Text: bankruptcy@cavps.com Aug 22 2019 03:02:21     Cavalry Portfolio Services,
                500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
```

```
District/off: 0315-2          User: bsil             Page 2 of 4           Date Rcvd: Aug 21, 2019
                              Form ID: 309I          Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15099441       +E-mail/Text: bankruptcy@cavps.com Aug 22 2019 03:02:22      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15092180       +EDI: CHASE.COM Aug 22 2019 07:24:00      Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
15092176       +EDI: CHASE.COM Aug 22 2019 07:24:00      Chase Card Services,    P.o. Box 15298,
                 Wilmington, DE 19850-5298
15092188       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 22 2019 03:02:06
                 Collection Service Center, Inc.,    Attn: Bankruptcy,   839 5th Ave.,
                 New Kensington, PA 15068-6303
15092190       +EDI: WFNNB.COM Aug 22 2019 07:24:00      Comenity Bank/Buckle,    Po Box 182789,
                 Columbus, OH 43218-2789
15092191       +EDI: WFNNB.COM Aug 22 2019 07:24:00      Comenity Bank/Buckle,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15092200        EDI: DISCOVER.COM Aug 22 2019 07:24:00      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
15096767        EDI: DISCOVER.COM Aug 22 2019 07:24:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH   43054-3025
15092201       +EDI: DISCOVER.COM Aug 22 2019 07:24:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
15092203       +EDI: BLUESTEM Aug 22 2019 07:25:00      Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
15092202       +EDI: BLUESTEM Aug 22 2019 07:25:00      Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
15092204        EDI: BLUESTEM Aug 22 2019 07:25:00      Fingerhut/Webbank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
15092205       +EDI: CITICORP.COM Aug 22 2019 07:24:00      Home Depot,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
15092206       +EDI: IIC9.COM Aug 22 2019 07:25:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
15092208       +EDI: IIC9.COM Aug 22 2019 07:25:00      I C System Inc,    Attn: Bankruptcy,   Po Box 64378,
                 St Paul, MN 55164-0378
15092210        EDI: IRS.COM Aug 22 2019 07:24:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
15092212        EDI: JEFFERSONCAP.COM Aug 22 2019 18:43:00      Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
15092214        EDI: JEFFERSONCAP.COM Aug 22 2019 18:43:00      Jefferson Capital Systems, LLC,    Po Box 1999,
                 Saint Cloud, MN 56302
15097350        EDI: RESURGENT.COM Aug 22 2019 07:24:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
15092223       +EDI: RESURGENT.COM Aug 22 2019 07:24:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                 Po Box 10497,    Greenville, SC 29603-0497
15092219       +EDI: RESURGENT.COM Aug 22 2019 07:24:00      LVNV Funding/Resurgent Capital,    Po Box 1269,
                 Greenville, SC 29602-1269
15092218       +E-mail/Text: bk@lendingclub.com Aug 22 2019 03:02:27      LendingClub,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
15092227        E-mail/Text: camanagement@mtb.com Aug 22 2019 03:01:22      M&T Credit Services,
                 1 Fountain Plz Fl 4,    Buffalo, NY 14203
15092228       +EDI: MID8.COM Aug 22 2019 07:24:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
15092235       +EDI: MID8.COM Aug 22 2019 07:24:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
15092249        EDI: PRA.COM Aug 22 2019 07:23:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
15092246        EDI: PRA.COM Aug 22 2019 07:23:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
15092253        EDI: PRA.COM Aug 22 2019 07:23:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
15092251       +EDI: PRA.COM Aug 22 2019 07:23:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
15092259        EDI: RMSC.COM Aug 22 2019 18:43:00      SYNCB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
15092260        EDI: RMSC.COM Aug 22 2019 18:43:00      SYNCB/Lowe’s,    PO Box 965036,   Orlando, FL 32896-5036
15092261        EDI: RMSC.COM Aug 22 2019 18:43:00      SYNCB/Sam’s Club,    PO Box 965036,
                 Orlando, FL 32896-5036
15092262        EDI: RMSC.COM Aug 22 2019 18:43:00      SYNCB/Value City Furniture,    PO Box 965036,
                 Orlando, FL 32896-5036
15092263        EDI: RMSC.COM Aug 22 2019 18:43:00      SYNCB/Walmart,    PO Box 965036,   Orlando, FL 32896-5036
15092256       +E-mail/Text: jennifer.chacon@spservicing.com Aug 22 2019 03:02:48
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
15092257       +E-mail/Text: jennifer.chacon@spservicing.com Aug 22 2019 03:02:48
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
15092258        E-mail/Text: PFS.Analyst@stclair.org Aug 22 2019 03:02:30      St. Clair Hospital,
                 1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
15092578       +EDI: RMSC.COM Aug 22 2019 18:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15092265       +EDI: RMSC.COM Aug 22 2019 18:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0315-2                   User: bsil                    Page 3 of 4                    Date Rcvd: Aug 21, 2019
                                       Form ID: 309I                 Total Noticed: 86

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15092264      +EDI: RMSC.COM Aug 22 2019 18:43:00      Synchrony Bank/Walmart,    Po Box 965024,
               Orlando, FL 32896-5024
15092267       EDI: TFSR.COM Aug 22 2019 07:23:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
               Po Box 8026,    Cedar Rapids, IA 52409
15092268      +E-mail/Text: media@trueaccord.com Aug 22 2019 03:02:49      True Accord,
               303 Second Street, Suite 750,     South Tower,    San Francisco, CA 94107-1366
15092270       EDI: VERIZONCOMB.COM Aug 22 2019 07:23:00      Verizon,    500 Technology Drive, Suite 550,
               Water Spring, MO 66304
15092273      +EDI: WFFC.COM Aug 22 2019 07:24:00      Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
15092274      +EDI: WFFC.COM Aug 22 2019 07:24:00      Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,
               Po Box 10438,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 64

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Towd Point Mortgage Trust 2019-3, U.S. Bank Nation
15092167*     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15092165*     +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
15092182*    ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
              (address filed with court: Choice Recovery,     Po Box 20790,    Columbus, OH 43220)
15092169*     +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
15092171*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15092173*     +Cavalry Portfolio Services,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
15092181*     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15092177*     +Chase Card Services,    P.o. Box 15298,    Wilmington, DE 19850-5298
15092178*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
15092179*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
15092187*     +Collection Service Center, Inc.,    Pob 560,    New Kensington, PA 15068-0560
15092189*     +Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
               New Kensington, PA 15068-6303
15092195*     +Deptartment Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
15092196*     +Deptartment Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
15092198*     +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
15092199*     +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
15092207*     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
15092209*     +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
15092213*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems, LLC,     16 Mcleland Rd,
               Saint Cloud, MN 56303)
15092215*      Jefferson Capital Systems, LLC,    Po Box 1999,    Saint Cloud, MN 56302
15092224*     +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15092225*     +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15092226*     +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15092220*     +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15092221*     +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15092222*     +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15092233*     +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15092234*     +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15092229*     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15092230*     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15092231*     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15092236*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092237*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092238*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092239*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092240*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092241*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092250*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
15092247*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 100,
               Norfolk, VA 23502)
15092248*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 100,
               Norfolk, VA 23502)
15092254*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
               Norfold, VA 23502)
15092255*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
               Norfold, VA 23502)
15092245*     +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
               Cleveland, OH 44101-4982
15092243*     +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15092252*     +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                         TOTALS: 1, * 45, ## 0
```

```
District/off: 0315-2           User: bsil                Page 4 of 4          Date Rcvd: Aug 21, 2019
                               Form ID: 309I             Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:

              James    Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Joint Debtor Heather S. Melvin
               julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Julie Frazee Steidl    on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6