IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | Case No. 19-22919 GLT |
| *Debtors* ) | Chapter 13 |
| ) | |
| Sean P. Melvin, ) | Related to Document No. 23 |
| Social Security No. XXX-XX- 2400 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Columbia Gas of Pennsylvania and Ronda ) | |
| J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 26, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Sean P. Melvin  
25 Cypress Dr.  
Carnegie, PA 15106  

Columbia Gas of Pennsylvania  
Attn: Payroll Dept.  
801 East 86th Avenue  
Merrillville, IN 46410  

Date of Service:     August 26, 2019     /s/ Julie Frazee Steidl  
Julie Frazee Steidl, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I.D. 35937