IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sean P. Melvin | ) | |
| Heather S. Melvin, | ) | Case No. 19-22919 GLT |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Heather S. Melvin, | ) | Related to Document No. 24 |
| Social Security No. XXX-XX- 6228 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Pan American Group LLC and Ronda | ) | |
| J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 26, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Heather S. Melvin
25 Cypress Dr.
Carnegie, PA 15106

Pan American Group LLC
Attn: Payroll Dept.
6200 Oak Tree Blvd., Suite 250
Independence, OH 44131

Date of Service:     August 26, 2019     /s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 35937