

PO Box 2011 Warren, MI 48090-2036
Toll Free: 877-495-2902
Fax: 866-818-1718

September 18, 2019

**US BANKRUPTCY COURT**
WESTERN District PENNSYLVANIA

RE:    Claim filed on HEATHER  MELVIN
       Case # 19-22919
       Claim # 22

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

To Whom It May Concern:

    Midland Credit Management, Inc. hereby withdraws Proof of Claim number 22 dated September 11, 2019, a copy of which is attached.

Thank you,

/s/ Angela Dery
Bankruptcy Specialist

Name:     Angela Dery
Address:  Po Box 2011
          Warren, MI 48090
Phone: 877-495-2902
Fax :  866-818-1718
Email: MBX_ILMS_Bankruptcy@mcmcg.com