IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22919 GLT |
| | ) | Chapter 13 |
| Sean P. Melvin | ) | |
| Heather S. Melvin, | ) | |
| *Debtors* | ) | Related to Docket No.35 |
| | ) | |
| Sean P. Melvin | ) | |
| Heather S. Melvin, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, | ) | |
| *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 25, 2019, a true and correct copy of the *Order of Court dated September 23, 2019* was served via First Class US Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Resurgent Capital Services
Attn: Susan Gaines, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Date of Service: <u>September 25, 2019</u>

<u>/s/ Julie Frazee Steidl</u>
Julie Frazee Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
julie.steidl@steidl-steinberg.com
PA I.D. No. 35937