**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 19–22919–GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Sean P. Melvin
25 Cypress Dr.
Carnegie, PA 15106

Heather S. Melvin
25 Cypress Dr.
Carnegie, PA 15106

Social Security No.:
xxx–xx–2400

xxx–xx–6228

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Julie Frazee Steidl
707 Grant Street Suite 2830
Gulf Building.
Pittsburgh, PA 15219
Telephone number:  412–391–8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
October 28, 2019
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
October 28, 2019
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/27/19

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sean P. Melvin
Heather S. Melvin
        Debtors

Case No. 19-22919-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: hsmi          Page 1 of 4          Date Rcvd: Sep 27, 2019
                             Form ID: rsc13       Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
```
db/jdb          +Sean P. Melvin,   Heather S. Melvin,   25 Cypress Dr.,   Carnegie, PA 15106-1309
15092159        +Allegheny Health Network,   PO Box 645266,   Pittsburgh, PA 15264-5250
15116850         American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA 19355-0701
15092160        +American Recovery Service Inc.,   555 St. Charles Drive,   Suite 100,
                  Thousand Oaks, CA 91360-3983
15092161        +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
15092162        +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
15092163       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court:  Bank Of America,   Po Box 982238,   El Paso, TX 79998)
15115752        +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
15092164        +Barclays Bank Delaware,   P.o. Box 8803,   Wilmington, DE 19899-8803
15092166        +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
15092176        +Chase Card Services,   P.o. Box 15298,   Wilmington, DE 19850-5298
15092180        +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
15092186        +Collection Service Center, Inc.,   Pob 560,   New Kensington, PA 15068-0560
15092192        +Creditech/Cbalv,   50 North 7th St,   Bangor, PA 18013-1791
15092193        +Creditech/Cbalv,   Attn:Collections,   Po Box 99,   Bangor, PA 18013-0099
15092197        +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
                  Mason, OH 45040-8999
15092194        +Deptartment Store National Bank/Macy's,   Po Box 8218,   Mason, OH 45040-8218
15092205        +Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
15092206        +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
15092208        +I C System Inc,   Attn: Bankruptcy,   Po Box 64378,   St Paul, MN 55164-0378
15092216        +JJHPortfolio Debt Equities, LLC,   5757 Phantom Dr Ste 225,   Hazelwood, MO 63042-2429
15102865        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
15092217        +Lauren Gothe,   737 Penn Avenue,   New Brighton, PA 15066-1342
15092232        +Midland Funding,   320 E Big Beaver Rd Ste,   Troy, MI 48083-1271
15092242        +Pnc Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
15092244        +Pnc Bank,   Atn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
15092267       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court:  Toyota Financial Services,   Attn: Bankruptcy Dept,   Po Box 8026,
                  Cedar Rapids, IA 52409)
15092266         Toyota Financial Services,   111 W 22nd St,   Oakbrook, IL 60521
15116155        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
15127042         UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
15092269        +US Heart & Vascular PC,   c/o Credit Management Inc.,   681 Anderson Drive #6,
                  Pittsburgh, PA 15220-2766
15092271        +Visa Dept Store National Bank/Macy's,   Po Box 8218,   Mason, OH 45040-8218
15092272        +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
15092273        +Wells Fargo,   Po Box 14517,   Des Moines, IA 50306-3517
15121092         Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
15092274        +Wells Fargo Jewelry Advantage,   Attn: Bankruptcy,   Po Box 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 02:44:38     Pennsylvania Dept. of Revenue,
                  Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +E-mail/Text: kburkley@bernsteinlaw.com Sep 28 2019 02:45:12     Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:03:06
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15092174         E-mail/Text: bankruptcy@cavps.com Sep 28 2019 02:44:58     Cavalry Portfolio Services,
                  Po Box 27288,   Tempe, AZ 85285
15092183         E-mail/Text: bankrupt@choicerecovery.com Sep 28 2019 02:44:12     Choice Recovery,
                  1550 Old Henderson Road,   Columbus, OH 43220
15092184         E-mail/Text: bankrupt@choicerecovery.com Sep 28 2019 02:44:12     Choice Recovery,
                  1550 Old Henderson Road,   Suite 100,   Columbus, OH 43220
15092185         E-mail/Text: bankrupt@choicerecovery.com Sep 28 2019 02:44:12     Choice Recovery,
                  Attn: Bankruptcy,   1550 Old Henderson Rd, Ste 100,   Columbus, OH 43220
15092168        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:04     Capital One,
                  Po Box 30281,   Salt Lake City, UT 84130-0281
15092170        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:02:28     Capital One,
                  Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15099584         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:04
                  Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                  Charlotte, NC  28272-1083
15092175        +E-mail/Text: bankruptcy@cavps.com Sep 28 2019 02:44:58     Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
```

District/off: 0315-2              User: hsmi                Page 2 of 4                 Date Rcvd: Sep 27, 2019
                                 Form ID: rsc13            Total Noticed: 90

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15092172        +E-mail/Text: bankruptcy@cavps.com Sep 28 2019 02:44:58      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
15099441        +E-mail/Text: bankruptcy@cavps.com Sep 28 2019 02:44:59      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15092188        +E-mail/Text: bankruptcy@firstenergycorp.com Sep 28 2019 02:44:50
                 Collection Service Center, Inc.,   Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15092190        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2019 02:44:26      Comenity Bank/Buckle,
                 Po Box 182789,    Columbus, OH 43218-2789
15092191        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2019 02:44:26      Comenity Bank/Buckle,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15092200         E-mail/Text: mrdiscen@discover.com Sep 28 2019 02:44:18      Discover Financial,   Pob 15316,
                 Wilmington, DE 19850
15127892         E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2019 02:44:28
                 Department Stores National Bank,   c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
15096767         E-mail/Text: mrdiscen@discover.com Sep 28 2019 02:44:18      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15092201        +E-mail/Text: mrdiscen@discover.com Sep 28 2019 02:44:18      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
15092203        +E-mail/Text: bnc-bluestem@quantum3group.com Sep 28 2019 02:45:05       Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15092202        +E-mail/Text: bnc-bluestem@quantum3group.com Sep 28 2019 02:45:05       Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15092204         E-mail/Text: bnc-bluestem@quantum3group.com Sep 28 2019 02:45:05       Fingerhut/Webbank,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15092210         E-mail/Text: cio.bncmail@irs.gov Sep 28 2019 02:44:22      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15117115         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2019 02:44:56      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15092212         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2019 02:44:56      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
15092211        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2019 02:44:26      Jared/Comenity Bank,
                 PO BOx 182789,    Columbus, OH 43218-2789
15092214         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2019 02:44:56      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
15097350         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 03:03:15      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15092223        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 03:02:38
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
15092219        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 03:02:39
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15092218        +E-mail/Text: bk@lendingclub.com Sep 28 2019 02:45:03      LendingClub,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
15092227         E-mail/Text: camanagement@mtb.com Sep 28 2019 02:44:24      M&T Credit Services,
                 1 Fountain Plz Fl 4,    Buffalo, NY 14203
15092228        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2019 02:44:44      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15092235        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2019 02:44:44      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15121574        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2019 02:44:44      Midland Funding LLC,
                 Po Box 2011,    Warren MI 48090-2011
15092249         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:02:30
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
15092246         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:03:45
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
15092253         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:03:46
                 Portfolio Recovery,   Attn: Bankruptcy,    120 Corporate Blvd,   Norfold, VA 23502
15129310         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:03:46
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15092251        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:38:55
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
15092259         E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:02:26      SYNCB/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
15092260         E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:02:26      SYNCB/Lowe's,   PO Box 965036,
                 Orlando, FL 32896-5036
15092261         E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:02:27      SYNCB/Sam's Club,   PO Box 965036,
                 Orlando, FL 32896-5036
15092262         E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:02:27      SYNCB/Value City Furniture,
                 PO Box 965036,    Orlando, FL 32896-5036
15092263         E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:03:04      SYNCB/Walmart,   PO Box 965036,
                 Orlando, FL 32896-5036
15092256        +E-mail/Text: jennifer.chacon@spservicing.com Sep 28 2019 02:45:18
                 Select Portfolio Servicing, Inc,   Po Box 65250,    Salt Lake City, UT 84165-0250
15092257        +E-mail/Text: jennifer.chacon@spservicing.com Sep 28 2019 02:45:18
                 Select Portfolio Servicing, Inc,   Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250

District/off: 0315-2          User: hsmi              Page 3 of 4              Date Rcvd: Sep 27, 2019
                             Form ID: rsc13           Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15092258          E-mail/Text: PFS.Analyst@stclair.org Sep 28 2019 02:45:05       St. Clair Hospital,
                  1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
15092578          +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:03:02       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15092265          +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:03:03       Synchrony Bank/Walmart,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15092264          +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:02:27       Synchrony Bank/Walmart,
                  Po Box 965024,    Orlando, FL 32896-5024
15092268          +E-mail/Text: media@trueaccord.com Sep 28 2019 02:45:18       True Accord,
                  303 Second Street, Suite 750,    South Tower,    San Francisco, CA 94107-1366
15092270          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 28 2019 02:44:14
                  Verizon,    500 Technology Drive, Suite 550,    Water Spring, MO 66304
                                                                              TOTAL: 54


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Midland Credit Management, Inc.
cr             Towd Point Mortgage Trust 2019-3, U.S. Bank Nation
15092167*      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15092165*      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
15092182*      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court:  Choice Recovery,    Po Box 20790,    Columbus, OH 43220)
15092169*      +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
15092171*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15092173*      +Cavalry Portfolio Services,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
15092181*      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15092177*      +Chase Card Services,    P.o. Box 15298,    Wilmington, DE 19850-5298
15092178*      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
15092179*      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
15092187*      +Collection Service Center, Inc.,    Pob 560,    New Kensington, PA 15068-0560
15092189*      +Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                  New Kensington, PA 15068-6303
15092195*      +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
15092196*      +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
15092198*      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
15092199*      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
15092207*      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
15092209*      +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
15092213*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                  Saint Cloud, MN 56303)
15092215*      Jefferson Capital Systems, LLC,    Po Box 1999,    Saint Cloud, MN 56302
15092224*      +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15092225*      +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15092226*      +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15092220*      +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15092221*      +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15092222*      +LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15092233*      +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15092234*      +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15092229*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15092230*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15092231*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15092236*      +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092237*      +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092238*      +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092239*      +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092240*      +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15092241*      +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15122441*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
15092250*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
15092247*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,    120 Corporate Blvd Ste 100,
                  Norfolk, VA 23502)
15092248*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,    120 Corporate Blvd Ste 100,
                  Norfolk, VA 23502)
15092254*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                  Norfold, VA 23502)
15092255*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                  Norfold, VA 23502)
15092245*      +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
15092243*      +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180

```
District/off: 0315-2          User: hsmi           Page 4 of 4           Date Rcvd: Sep 27, 2019
                             Form ID: rsc13        Total Noticed: 90
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
15092252*     +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
                                                              TOTALS: 2, * 46, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-3, U.S. Bank National
           Association, as Indenture Trustee bkgroup@kmllawgroup.com
          Julie Frazee Steidl   on behalf of Joint Debtor Heather S. Melvin
           julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Julie Frazee Steidl   on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 6