**\*FILING FEE PAID\***   Yes   No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Melvin _____ JAD/TPA/CMB/**GLT**

Case Number: 19-22919

Date of Meeting: 10-28/19                    Recording # 15

Debtor(s) present ✓ or Not Present  (__No Payments Made or __ partial payments)

Attorney for debtor(s) J. Steidl _____ (Present __ or Not Present __

Date of Plan at § 341: 8/14/19  Applicable commitment period __3 yrs __5 yrs

to review ex-Brighton

____ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
                                    ____ Order to Show Cause Requested
                                    ____ To be rescheduled by Clerk

✓ Confirmation Order recommended ____ Final ✓ Interim
____ Amended Plan due:_____ ; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
____ 341 Meeting OR ____ Conciliation Conf. OR ____ *Contested Hearing
On 11/30/20 at 2:30 am/pm Location

Chapter 13 Trustee/Attorney for T_____