FILED
11/13/19 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 19-22919-GLT |
| Sean P. Melvin, and<br>Heather S. Melvin,<br>     Debtor(s). | Chapter 13 |
| Sean P. Melvin, and<br>Heather S. Melvin,<br>     Movant, | Related to Docs. 14 and 49 |
| vs.<br>NO RESPONDENTS,<br>     Respondent(s). | |

**STIPULATED ORDER CONCERNING
AMENDED EXEMPTION(S)**

1.    Debtor(s) filed an Amended Schedule C at Doc 49 (that consistent with the original Schedule C filed as part of Doc 14), valued a Personal Injury case, described as "Personal injury lawsuit for injuries sustained in a motor vehicle accident" ("P.I. Claim") as "UNKNOWN," and claimed an exemption of "UNKNOWN" value under §522(d)(11)(D).

2.    The Chapter 13 Trustee has communicated her concern that such a styling of the asset and exemption value(s) might be interpreted as an exemption of the asset, rather than an asset value that would be subject to the limits of §522(d)(11)(D) (once the extent of the bodily injuries and recovery has been determined).

3.    To avoid the need to address the (d)(11)(D) exemption at this time, the parties agree that the Debtor(s)' exemption under (d)(11)(D) in the P.I. Claim shall be disallowed at this time, without prejudice to the Debtor(s) to reassert the exemption at any time including, particularly, at the time the claim has been fully liquidated.

Order prepared by Owen Katz

So ORDERED, this __13th Day of November, 2019

Gregory L. Taddonio, Judge
United States Bankruptcy Court

AGREED TO:

/s/ Owen Katz                                                                                          Date: 11/5/19
Owen Katz, Esquire,
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
Attorney for Trustee

/s/ Julie Steidl
Julie Steidl, Esquire
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Julie.Steidl@steidl-steinberg.com
Attorney for Debtor(s)

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-22919-GLT
Sean P. Melvin                                                  Chapter 13
Heather S. Melvin
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: bsil              Page 1 of 1              Date Rcvd: Nov 13, 2019
                             Form ID: pdf900        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
```
db/jdb        +Sean P. Melvin,   Heather S. Melvin,   25 Cypress Dr.,   Carnegie, PA 15106-1309
              +Owen W. Katz, Esq.,   Suite3250 USX Tower,   600 Grant Street,   Pittsburgh, PA  15219,
                UNITED STATES 15219-2702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Joint Debtor Heather S. Melvin
               julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Julie Frazee Steidl    on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7
```