FILED
11/14/19 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-22919 GLT |
| | ) | Chapter 13 |
| Sean P. Melvin | ) | |
| Heather S. Melvin, | ) | |
| *Debtors* | ) | Docket No. |
| | ) | |
| Sean P. Melvin | ) | |
| Heather S. Melvin, | ) | |
| *Movants* | ) | Related to Claim No. 37 |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding c/o Resurgent Capital Svcs, | ) | |
| *Respondent* | ) | |

### ORDER OF COURT

AND NOW, to wit this _14th Day of November,_ , 2019, upon
consideration of the Debtor's Objection to Claim No. 37 and any responses thereto, it is hereby
ORDERED, ADJUDGED and DECREED that:

1.  Claim Number 37 filed by the above captioned Respondent is disallowed in its
    entirety; and,

2.  No fees, costs or charges shall be allowed against the debtor for defending this
    objection.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sean P. Melvin
Heather S. Melvin
      Debtors

Case No. 19-22919-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: bsil       Page 1 of 1       Date Rcvd: Nov 14, 2019
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db/jdb       +Sean P. Melvin,   Heather S. Melvin,   25 Cypress Dr.,   Carnegie, PA 15106-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
       James Warmbrodt   on behalf of Creditor   Towd Point Mortgage Trust 2019-3, U.S. Bank National
       Association, as Indenture Trustee bkgroup@kmllawgroup.com
       Julie Frazee Steidl   on behalf of Joint Debtor Heather S. Melvin
       julie.steidl@steidl-steinberg.com,
       leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
       tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
       Julie Frazee Steidl   on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com,
       leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
       tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
       Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
       Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
       S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                           TOTAL: 7