IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22919 GLT |
| | ) | Chapter 13 |
| Sean P. Melvin | ) | |
| Heather S. Melvin, | ) | |
| *Debtors* | ) | Docket No. |
| | ) | |
| | ) | |
| Sean P. Melvin | ) | |
| Heather S. Melvin, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, M&T | ) | |
| Credit Services, Select Portfolio Servicing, Inc., Toyota | ) | |
| Financial Services, Internal Revenue Service, Allegheny Health | ) | |
| Network, American Express, American Recovery Service, Inc., | ) | |
| Bank of America, Barclays Bank Delaware, Capital One, | ) | |
| Cavalry Portfolio Services, Chase Card Services, Choice | ) | |
| Recovery, Collection Service Center, Inc., Comenity Bank/ | ) | |
| Buckle, Creditech/CBALV, Dept. Store National Bank/Macy's, | ) | |
| Discover Financial, Fingerhut, Webbank, Home Depot, IC | ) | |
| System Inc., Jared/Comenity Bank, Jefferson Capital Systems, | ) | |
| LLC, JJH Portfolio Debt Equities, LLC, Lending Club, LVNV | ) | |
| Funding/Resurgent Capital, Midland Funding, PNC Bank, | ) | |
| Portfolio Recovery, St. Clair Hospital, SYNCB/Care Credit, | ) | |
| SYNCB/Lowe's, SYNCB/Sam's Club, SYNCB/Value City | ) | |
| Furniture, SYNCB/Walmart, US Heart & Vascular PC, Verizon, | ) | |
| and Wells Fargo, | ) | |
| *Respondents* | ) | |

### AFFIDAVIT

I, Hailey C. Farrell, Esquire, of Gesk Moritz LLC, hereby swear that I am the attorney hired by the Debtors, Sean and Heather Melvin, for representation in a personal injury case. I have no connection to any creditor or any other party in interest of this Chapter 13 case, and I represent no interest adverse to the Chapter 13 estate.

NOVEMBER 21, 2019
DATE

Hailey C. Farrell, Esquire
Gesk Moritz LLC
14 E. Main Street
Carnegie, PA 15106-2456
412-429-9100

SWORN TO AND SUBSCRIBED

Before, me this 21st

Day of November, 2019

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Helen E. Rasmussen, Notary Public
Carnegie Boro, Allegheny County
My Commission Expires Nov. 28, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES