IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-22919 GLT |
| ) | Chapter 13 |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | |
| *Debtors* ) | Docket No. |
| ) | |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | Related to Docket No. 60 |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, M&T ) | |
| Credit Services, Select Portfolio Servicing, Inc., Toyota ) | |
| Financial Services, Internal Revenue Service, Allegheny Health ) | |
| Network, American Express, American Recovery Service, Inc., ) | |
| Bank of America, Barclays Bank Delaware, Capital One, ) | |
| Cavalry Portfolio Services, Chase Card Services, Choice ) | |
| Recovery, Collection Service Center, Inc., Comenity Bank/ ) | |
| Buckle, Creditech/CBALV, Dept. Store National Bank/Macy's, ) | |
| Discover Financial, Fingerhut, Webbank, Home Depot, IC ) | |
| System Inc., Jared/Comenity Bank, Jefferson Capital Systems, ) | |
| LLC, JJH Portfolio Debt Equities, LLC, Lending Club, LVNV ) | |
| Funding/Resurgent Capital, Midland Funding, PNC Bank, ) | |
| Portfolio Recovery, St. Clair Hospital, SYNCB/Care Credit, ) | |
| SYNCB/Lowe's, SYNCB/Sam's Club, SYNCB/Value City ) | |
| Furniture, SYNCB/Walmart, US Heart & Vascular PC, Verizon, ) | |
| and Wells Fargo, ) | |
| *Respondents* ) | |

## ORDER APPROVING SPECIAL COUNSEL FOR THE DEBTORS

AND NOW, this __8th Day of January,__ 2020, upon consideration of the Application for Approval of Jonathan M. Gesk and Hailey C. Farrell and Gesk Moritz LLC as Special Counsel filed at Document No. _60_ it is ORDERED, ADJUDGED and DECREED as follows:

1. The Application is approved as of the date the Application was filed.

2. Jonathan M. Gesk, Esq. and Hailey C. Farrell, Esq. and Gesk Moritz LLC, is/are hereby appointed as Attorney for the Debtors in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. Applicant shall serve this Order on all interested parties and file a certificate of service

Gregory    Taddonio    **drb**
UNITED STATES BANKRUTPCY JUDGE

cc:    Sean & Heather Melvin
Julie Frazee Steidl
Ronda Winnecour, Trustee
Office of the U.S. Trustee

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sean P. Melvin
Heather S. Melvin
    Debtors

Case No. 19-22919-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jan 08, 2020
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.
db/jdb         +Sean P. Melvin,  Heather S. Melvin,  25 Cypress Dr.,  Carnegie, PA 15106-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:
         James Warmbrodt     on behalf of Creditor     Towd Point Mortgage Trust 2019-3, U.S. Bank National
          Association, as Indenture Trustee bkgroup@kmllawgroup.com
         Julie Frazee Steidl     on behalf of Joint Debtor Heather S. Melvin
          julie.steidl@steidl-steinberg.com,
          leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
          tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Julie Frazee Steidl     on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com,
          leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
          tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                         TOTAL: 7