IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-22919 GLT |
| ) | Chapter 13 |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | |
| *Debtors* ) | Related to Docket No. 65 |
| ) | |
| ) | |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, M&T ) | |
| Credit Services, Select Portfolio Servicing, Inc., Toyota ) | |
| Financial Services, Internal Revenue Service, Allegheny Health ) | |
| Network, American Express, American Recovery Service, Inc., ) | |
| Bank of America, Barclays Bank Delaware, Capital One, ) | |
| Cavalry Portfolio Services, Chase Card Services, Choice ) | |
| Recovery, Collection Service Center, Inc., Comenity Bank/ ) | |
| Buckle, Creditech/CBALV, Dept. Store National Bank/Macy's, ) | |
| Discover Financial, Fingerhut, Webbank, Home Depot, IC ) | |
| System Inc., Jared/Comenity Bank, Jefferson Capital Systems, ) | |
| LLC, JJH Portfolio Debt Equities, LLC, Lending Club, LVNV ) | |
| Funding/Resurgent Capital, Midland Funding, PNC Bank, ) | |
| Portfolio Recovery, St. Clair Hospital, SYNCB/Care Credit, ) | |
| SYNCB/Lowe's, SYNCB/Sam's Club, SYNCB/Value City ) | |
| Furniture, SYNCB/Walmart, US Heart & Vascular PC, Verizon, ) | |
| and Wells Fargo, ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 14, 2020, a true and correct copy of the *Order Approving Special Counsel for the Debtor* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.


Date of Service: <u>January 14, 2020</u>        /s/ Julie Frazee Steidl
                                              Julie Frazee Steidl, Esquire
                                              Attorney for the Debtors

                                              STEIDL & STEINBERG
                                              Suite 2830, Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              julie.steidl@steidl-steinberg.com
                                              PA I.D. No. 35937

```
Label Matrix for local noticing         Allegheny Health Network              American Express National Bank
0315-2                                  PO Box 645266                         c/o Becket and Lee LLP
Case 19-22919-GLT                       Pittsburgh, PA 15264-5250             PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA                                              Malvern  PA 19355-0701
Pittsburgh
Tue Jan 14 10:22:25 EST 2020

American Recovery Service Inc.          Amex                                  Amex
555 St. Charles Drive                   Correspondence/Bankruptcy             P.o. Box 981537
Suite 100                               Po Box 981540                         El Paso, TX 79998-1537
Thousand Oaks, CA 91360-3983            El Paso, TX 79998-1540


(p)BANK OF AMERICA                      Bank of America, N.A.                 Barclays Bank Delaware
PO BOX 982238                           P O Box 982284                        Attn: Correspondence
EL PASO TX 79998-2238                   El Paso, TX 79998-2284                Po Box 8801
                                                                              Wilmington, DE 19899-8801


Barclays Bank Delaware                  Capital One                           Capital One
P.o. Box 8803                           Attn: Bankruptcy                      Po Box 30281
Wilmington, DE 19899-8803               Po Box 30285                          Salt Lake City, UT 84130-0281
                                        Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.            Cavalry Portfolio Services            Cavalry Portfolio Services
by American InfoSource as agent         500 Summit Lake Drive, Suite 400      Attn: Bankruptcy Department
PO Box 71083                            Valhalla, NY 10595-2322               500 Summit Lake Ste 400
Charlotte, NC  28272-1083                                                     Valhalla, NY 10595-2322


Cavalry SPV I, LLC                      Chase Card Services                   Chase Card Services
500 Summit Lake Drive, Ste 400          Attn: Bankruptcy                      P.o. Box 15298
Valhalla, NY 10595-2321                 Po Box 15298                          Wilmington, DE 19850-5298
                                        Wilmington, DE 19850-5298


(p)CHOICE RECOVERY INC                  Collection Service Center, Inc.       Collection Service Center, Inc.
1550 OLD HENDERSON ROAD                 Attn: Bankruptcy                      Pob 560
STE 100                                 839 5th Ave.                          New Kensington, PA 15068-0560
COLUMBUS OH 43220-3662                  New Kensington, PA 15068-6303


Comenity Bank/Buckle                    Comenity Bank/Buckle                  Creditech/Cbalv
Attn: Bankruptcy                        Po Box 182789                         50 North 7th St
Po Box 182125                           Columbus, OH 43218-2789               Bangor, PA 18013-1791
Columbus, OH 43218-2125


Creditech/Cbalv                         Department Stores National Bank       Deptartment Store National Bank/Macy's
Attn:Collections                        c/o Quantum3 Group LLC                Attn: Bankruptcy
Po Box 99                               PO Box 657                            9111 Duke Boulevard
Bangor, PA 18013-0099                   Kirkland, WA  98083-0657              Mason, OH 45040-8999


Deptartment Store National Bank/Macy's  Discover Bank                         Discover Financial
Po Box 8218                             Discover Products Inc                 Po Box 3025
Mason, OH 45040-8218                    PO Box 3025                           New Albany, OH 43054-3025
                                        New Albany, OH  43054-3025
```

| | | |
|---|---|---|
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Hailey C. Farrell<br>Gesk Moritz LLC<br>14 E. Main Street<br>Carnegie, PA 15106-2456 | Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Fingerhut<br>Attn: Bankruptcy<br>Po Box 1250<br>Saint Cloud, MN 56395-1250 |
| Fingerhut/Webbank<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Jonathan Gesk<br>Gesk Moritz LLC<br>14 E. Main Street<br>Carnegie, PA 15106-2456 | Home Depot<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 |
| I C System Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St Paul, MN 55164-0378 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JJHPortfolio Debt Equities, LLC<br>5757 Phantom Dr Ste 225<br>Hazelwood, MO 63042-2429 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jared/Comenity Bank<br>PO BOx 182789<br>Columbus, OH 43218-2789 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding/Resurgent Capital<br>Po Box 1269<br>Greenville, SC 29602-1269 | Lauren Gothe<br>737 Penn Avenue<br>New Brighton, PA 15066-1342 |
| LendingClub<br>71 Stevenson Street, Suite 300<br>San Francisco, CA 94105-2985 | LendingClub Corporation<br>595 Market St., Ste. 200<br>San Francisco, CA 94105-2807 | M&T Bank<br>PO Box 1508<br>Buffalo NY 14240-1508 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Heather S. Melvin<br>25 Cypress Dr.<br>Carnegie, PA 15106-1309 | Sean P. Melvin<br>25 Cypress Dr.<br>Carnegie, PA 15106-1309 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1271 |

| | | |
|---|---|---|
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Pnc Bank<br>Atn: Bankruptcy Department<br>Po Box 94982: Ms: Br-Yb58-01-5<br>Cleveland, OH 44101-4982 |
| Pnc Bank<br>Po Box 3180<br>Pittsburgh, PA 15230-3180 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 |
| SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Lowe's<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Sam's Club<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/Value City Furniture<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Walmart<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | St. Clair Hospital<br>1000 Bower Hill Road<br>Pittsburgh, PA 15243-1899 |
| Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Walmart<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Towd Point Mortgage Trust 2019-3 et. al,<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Toyota Financial Services<br>111 W 22nd St<br>Oakbrook, IL 60521 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | True Accord<br>303 Second Street, Suite 750<br>South Tower<br>San Francisco, CA 94107-1366 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | US Heart & Vascular PC<br>c/o Credit Management Inc.<br>681 Anderson Drive #6<br>Pittsburgh, PA 15220-2766 | Verizon<br>500 Technology Drive, Suite 550<br>Water Spring, MO 66304 |

| | | |
|---|---|---|
| Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Visa Dept Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040-8218 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Wells Fargo<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | (d)Cavalry Portfolio Services<br>Po Box 27288<br>Tempe, AZ 85285 | Choice Recovery<br>1550 Old Henderson Road<br>Columbus, OH 43220 |
| (d)Choice Recovery<br>1550 Old Henderson Road<br>Suite 100<br>Columbus, OH 43220 | (d)Choice Recovery<br>Attn: Bankruptcy<br>1550 Old Henderson Rd, Ste 100<br>Columbus, OH 43220 | (d)Choice Recovery<br>Po Box 20790<br>Columbus, OH 43220 |
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | (d)Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 |
| M&T Credit Services<br>1 Fountain Plz Fl 4<br>Buffalo, NY 14203 | Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | (d)Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Toyota Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)Midland Credit Management, Inc. |
| (d)Midland Funding LLC<br>Po Box 2011<br>Warren MI 48090-2011 | (u)Towd Point Mortgage Trust 2019-3, U.S. Ban | End of Label Matrix<br>Mailable recipients    97<br>Bypassed recipients     5<br>Total                 102 |