IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | Case No. 19-22919 GLT |
| *Debtors* ) | Chapter 13 |
| ) | |
| Sean P. Melvin, ) | Related to Document No. 72 |
| Social Security No. XXX-XX- 2400 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Columbia Gas of Pennsylvania and Ronda ) | |
| J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 4, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Sean P. Melvin
25 Cypress Dr.
Carnegie, PA 15106

Columbia Gas of Pennsylvania
Attn: Payroll Dept.
801 East 86th Avenue
Merrillville, IN 46410

Date of Service:   March 4, 2020      /s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 35937