FILED
4/7/20 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | Case No. 19-22919 GLT |
| *Debtors* ) | Chapter 13 |
| ) | |
| Heather S. Melvin, ) | Document No. WO-2 |
| Social Security No. XXX-XX- 6228 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | Related to Docket No. 75 |
| ) | |
| Pan American Group LLC and Ronda ) | |
| J. Winnecour, Trustee ) | |
| *Respondents* ) | |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this 7th Day of April, 2020, it is hereby ORDERED, ADJUDGED and DECREED, that

1) Pan American Group LLC, Attn: Payroll Dept., 6200 Oak Tree Blvd., Suite 250, Independence, OH 44131, is hereby ordered to immediately and temporarily terminate the attachment of the wages of Heather S. Melvin due to her laid off employment status as a direct result of the Covid 10 Pandemic.

2) No future payments are to be sent by Pan American Group LLC to Ronda J. Winnecour, Trustee on behalf of Heather S. Melvin until Ms. Melvin returns to regular employment.

3) Upon a return to regular employment, the wage attachment is to reinstate immediately.

4) Trustee's consent to the termination of the wage attachment, to accommodate debtor's circumstances, is not intended as a modification of the plan, and will not preclude the Trustee from filing a certificate of default or taking any other action(s) as a result of plan defaults or arrears as she believes appropriate.

5) The Debtor shall file a status report on or before June 30, 2020.

_____
Gregory L. Taddonio
U.S. Bankruptcy Judge

/s/ Kate DeSimone                          /s/ Julie Frazee Steidl
Kate DeSimone, Esquire                     Julie Frazee Steidl, Esquire
Office of the Chapter 13 Trustee           Attorney for the Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sean P. Melvin  
Heather S. Melvin  
    Debtors

Case No. 19-22919-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Apr 07, 2020  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.  
db/jdb         +Sean P. Melvin,    Heather S. Melvin,    25 Cypress Dr.,    Carnegie, PA 15106-1309  
                +Kate DeSimone, Esq.,    Suite 3250 USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-3, U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com  
         Julie Frazee Steidl    on behalf of Joint Debtor Heather S. Melvin  
          julie.steidl@steidl-steinberg.com,  
          leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         Julie Frazee Steidl    on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com,  
          leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                                   TOTAL: 7