FILED
7/7/20 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 19-22919-GLT |
| | : | Chapter 13 |
| SEAN P. MELVIN | : | |
| HEATHER S. MELVIN | : | |
| *Debtor.* | : | |
| | : | |
| SEAN P. MELVIN | : | |
| HEATHER S. MELVIN | : | Related to Dkt. No(s) 75 & 76 |
| *Movant,* | : | |
| | : | |
| v. | : | Hearing; July 29, 2020 at 11:00 AM |
| | : | |
| PAN AMERICAN GROUP LLC AND | : | |
| RONDA J. WINNECOUR, TRUSTEE | : | |
| *Respondents*. | : | |

### ORDER SCHEDULING STATUS CONFERENCE

This matter came before the Court upon the filing of a *Consent Order of Court filed under Certification of Counsel* [Dkt. No. 75] filed by the Debtors. A modified *Consent Order* was issued on April 7, 2020 [Dkt. No. 76] which immediately and temporarily stopped Heather S. Melvin's wage attachment until such time Ms. Melvin returns to regular employment. The Consent Order required that the Debtor shall file a Status Report on or by June 30, 2020.

As of today, July 7, 2020 a Status Report has not been filed on the Court's Docket. **AND NOW,** *this 7th Day of July, 2020,* based upon the foregoing, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that:

1. A telephonic status conference shall be held on July 29, 2020 at 11:00 a.m. in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

2. If a Status Report or Motion to attach wages is filed on or before July 20, 2020, the Court may cancel the status conference

DATED: July 07, 2020

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to Mail to:
Sean P. Melvin
Heather S. Melvin
Julie Frazee Steidl, Esq.
Ronda J. Winnecour, Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-22919-GLT
Sean P. Melvin                                                  Chapter 13
Heather S. Melvin
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Jul 07, 2020
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
db/jdb          +Sean P. Melvin,    Heather S. Melvin,    25 Cypress Dr.,    Carnegie, PA 15106-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Joint Debtor Heather S. Melvin
               julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Julie Frazee Steidl    on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7