FILED
6/3/21 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-22919 GLT |
| Sean P. Melvin | ) | Chapter 13 |
| Heather S. Melvin, | ) | |
| *Debtors* | ) | |
| | ) | |
| Heather S. Melvin, | ) | Document No. WO-2 |
| Social Security No. XXX-XX- 6228 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | Related to Docket No. 93 |
| Columbia Gas of Pennsylvania and Ronda | ) | |
| J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___3rd Day of June___, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that Columbia Gas of Pennsylvania, Attn: Payroll Dept., 801 East 86th Avenue, Merrillville, IN 46410 is hereby ordered to immediately terminate the attachment of the wages of Heather S. Melvin. No future payments are to be sent by Columbia Gas of Pennsylvania to Ronda J. Winnecour, Trustee on behalf of Heather S. Melvin.

Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Sean P. Melvin  
Heather S. Melvin  
    Debtors

Case No. 19-22919-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2  
Date Rcvd: Jun 03, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Sean P. Melvin, Heather S. Melvin, 25 Cypress Dr., Carnegie, PA 15106-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2019-3 U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Heather S. Melvin julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7