**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/24/2021

IN RE:

SEAN P. MELVIN
HEATHER S. MELVIN
25 CYPRESS DR.
CARNEGIE, PA 15106
XXX-XX-2400        Debtor(s)

XXX-XX-6228

Case No. 19-22919 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/24/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SAMS CLUB/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6394 |
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TOWD POINT MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T BANK**<br>PO BOX 1508<br><br>BUFFALO, NY  14240 | Trustee Claim Number:4   INT %:  6.00%<br>Court Claim Number:38<br><br>CLAIM:  5,584.49<br>COMMENT:  CL38GOV@6%/PL*W/80 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6250 |
| **TOWD POINT MORTGAGE TRUST 2019-3 - US BA**<br>C/O SELECT PORTFOLIO SVCNG INC(*)<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:40-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4LMT*BGN 8/19*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1162 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:6   INT %:  1.90%<br>Court Claim Number:14<br><br>CLAIM:  17,484.04<br>COMMENT:  CL14GOV@PMT/TT*17767@6%/PL*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1525 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:12-2<br><br>CLAIM:  7,013.56<br>COMMENT:  CL12-2GOV*2400/6228*NT PROV/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  2400 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5749 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  3,218.97<br>COMMENT:  5273/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1004 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:10 INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  2,628.50<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8935 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:35<br><br>CLAIM: 4,607.01<br>COMMENT: BARCLAYS BANK DE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5308 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:29<br><br>CLAIM: 934.73<br>COMMENT: NFL*BARCLAYS/NFL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4735 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 802.17<br>COMMENT: 6111/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2643 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 727.13<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9191 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 3,666.71<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2342 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 1,798.87<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4811 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4811 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 3,386.69<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4263 |
| **JPMORGAN CHASE BANK**<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 1,842.27<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2121 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4263 |

| Creditor | Trustee Claim | Court Claim / Claim Amount | Cred Desc / Account / Comment |
|---|---|---|---|
| **CHASE CARD SERVICES**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2121 |
| **CHOICE RECOVERY**<br>PO BOX 20790<br>COLUMBUS, OH 43220 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PREFERRED PRIMARY CARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6209 |
| **CHOICE RECOVERY**<br>PO BOX 20790<br>COLUMBUS, OH 43220 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PREFERRED PRIMARY CARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2282 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ST CLAIR EMRGNCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: IGKES |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EVRON ENDOCRINOLOGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: GKN5 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 1,223.82<br>COMMENT: COMENITY/THE BUCKLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **CREDITECH**<br>POB 99*<br>BANGOR, PA 18013 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: S HILLS RDLGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3091 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 801.92<br>COMMENT: MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7320 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 488.33<br>COMMENT: MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1311 |
| **DEPARTMENT STORES NATIONAL BANK/MACY'S**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1311 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,269.92<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6456 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6890 |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANFIELD PET HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0649 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANFIELD PET HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0640 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 31<br>CLAIM: 2,148.90<br>COMMENT: X9575/SCH*COMENITY/JARED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0152 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 4,213.15<br>COMMENT: 5003/SCH*BLUESTEM/FINGERHUT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7611 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 419.97<br>COMMENT: 4003/SCH*BLUESTEM/FINGERHUT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6890 |
| **JH PORTFOLIO DEBT EQUITIES**<br>5230 LAS VIRGENES RD STE 265<br>CALABASAS, CA 91302 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6032 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **LENDING CLUB CORP**<br>DEPT 34268<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 39<br>CLAIM: 1,100.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0163 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7026 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,029.68<br>COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0026 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,297.09<br>COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5605 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 6,178.01<br>COMMENT: SHERMAN/CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7026 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0750 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4412 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 978.80<br>COMMENT: 8952/SCH*CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4492 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3983 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0750 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7009 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4412 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 33<br>CLAIM: 3,699.37<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6945 |
| **PNC BANK**<br>POB 3180<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6945 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMENITY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMENITY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9369 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~COMENITY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0152 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMENITY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 428.55<br>COMMENT: COMENITY/VICTORIA'S SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9369 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5143 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 613.94<br>COMMENT: SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1306 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 2,115.10<br>COMMENT: ACCT NT/SCH*SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0133 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 2,954.77<br>COMMENT: SYNCHRONY/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6394 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 1,752.12<br>COMMENT: NO ACCT/SCH*SYNCHRONY/VALUE CITY FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5913 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6142 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number: 34<br>CLAIM: 5,852.81<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5567 |
| **US HEART & VASCULAR PC**<br>363 VANADIUM RD<br>PITTSBURGH, PA 15243 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 68  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0120 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number: 69  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VISA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7320 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 70  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 4,938.62<br>COMMENT: 5226/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3159 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **AMERICAN RECOVERY SVC INC**<br>POB 1025<br><br>THOUSAND OAKS, CA  91358 | Trustee Claim Number:71  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LAUREN GOTHE**<br>737 PENN AVE<br><br>NEW BRIGHTON, PA  15066 | Trustee Claim Number:72  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:73  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  DISALLOWED/OE*ACCT NT/SCH*SHERMAN/CAP ONE*CL=634.92 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4340 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:74  INT %:  0.00%<br>Court Claim Number:12-2<br><br>CLAIM:  4,739.46<br>COMMENT:  2400/6228*NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2400 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:75  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  0.00<br>COMMENT:  DUP OF CL 21*CL @ 613.94 W/DRAWN-DOC 31, 32 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1306 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:76  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  2,174.05<br>COMMENT:  SYNCHRONY/LOWE'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3294 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:77  INT %:  0.00%<br>Court Claim Number:12-2<br><br>CLAIM:  0.00<br>COMMENT:  1295@6%/PL*NT/SCH*AMD CL=0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  2400 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:78  INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  205.40<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2400 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:79  INT %:  0.00%<br>Court Claim Number:37<br><br>CLAIM:  0.00<br>COMMENT:  DISALLOWED/OE*NT/SCH*SHERMAN/PROVIDIAN*CL=1634.37 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0968 |
| **M & T BANK**<br>PO BOX 1508<br><br>BUFFALO, NY  14240 | Trustee Claim Number:80  INT %:  0.00%<br>Court Claim Number:38<br><br>CLAIM:  164.91<br>COMMENT:  NO GEN UNS/SCH*W/4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6250 |

CLAIM RECORDS

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:81  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:36 | ACCOUNT NO.: 0482 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 358.66 | |
| PITTSBURGH, PA 15219 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:82  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:41 | ACCOUNT NO.: 8434 |
| PO BOX 3978 | | |
| | CLAIM: 2,402.63 | |
| SEATTLE, WA 98124-3978 | COMMENT: NUM NT/SCH*PAYPAL/SYNCHRONY/COMENITY | |

| | | |
|---|---|---|
| **TOWD POINT MORTGAGE TRUST 2019-3 - US BA** | Trustee Claim Number:83  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG INC(*) | Court Claim Number:40-2 | ACCOUNT NO.: 1162 |
| PO BOX 65450 | | |
| | CLAIM: 1,310.32 | |
| SALT LAKE CITY, UT 84165-0450 | COMMENT: $0 ARRS/PL@SPS*THRU 7/19*AMD | |

| | | |
|---|---|---|
| **S JAMES WALLACE ESQ**** | Trustee Claim Number:84  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 437 GRANT ST 14TH FL | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219-6107 | COMMENT: PEOPLES/PRAE | |