IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | Case No. 19-22919 GLT |
|    Debtors ) | Chapter 13 |
| ) | |
| Heather S. Melvin, ) | Related to Document No. 110 |
| Social Security No. XXX-XX- 6228 ) | |
|    Movant ) | |
| ) | |
|    vs. ) | |
| ) | |
| Pan American Group LLC and Ronda ) | |
| J. Winnecour, Trustee ) | |
|    Respondents ) | |

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on March 21, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Pan American Group LLC
Attn: Payroll Dept.
6200 Oak Tree Blvd., Suite 250
Independence, OH 44131

Heather S. Melvin
25 Cypress Dr.
Carnegie, PA 15106

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service:    March 21, 2022    /s/ Julie Frazee Steidl
                                                                                 Julie Frazee Steidl, Esquire
                                                                                 STEIDL & STEINBERG
                                                                                 28th Floor, Gulf Tower
                                                                                 707 Grant Street
                                                                                 Pittsburgh, PA 15219
                                                                                 (412) 391-8000
                                                                                 PA I.D. 34965