FILED
4/25/22 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sean P. Melvin and )
         Heather S. Melvin )  Case No. 19-22919-GLT
          )
          )  Chapter 13
         Debtor(s). )
          X  Related to Docket No. 116

### ORDER OF COURT
(Check Boxes That Apply)

☒ **Confirming Plan on Final Basis**      ☐ **Chapter 13 Plan dated:**

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**      ☒ **Amended Chapter 13 dated: March 14th, 2022**

     IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

     IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

    1.   **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

       ☐   A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $, beginning . To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

       ☐   B. The length of the Plan is changed to a total of at least ____ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C.    To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

           **PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F.    The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐     G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

_____

☐     H.    The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

_____

☐     I.    The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☐        J.    The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

☐        K.    Additional Terms and Conditions:

_____

**2. Deadlines.** The following deadlines are hereby established and apply to this case:

     **A.**      **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

     **B.**      **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

     **C.**      **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

     **D.**      **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

     **3.**      **Additional Provisions.** The following additional provisions apply in this case:

     **A.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

     **B.**      The Trustee shall hold in reserve any distributions under the Plan to any creditor

who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

      **C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

      **D.**    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

      **E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

      **F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed **secured claim** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

      **G.**    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

      **H.**    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: April 25, 2022

United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Sean P. Melvin  
Heather S. Melvin  
    Debtors

Case No. 19-22919-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: pdf900 | Total Noticed: 97 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. Melvin, Heather S. Melvin, 25 Cypress Dr., Carnegie, PA 15106-1309 |
| sp | | Hailey C. Farrell, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| sp | | Jonathan Gesk, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| 15092159 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15092163 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15115752 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15092186 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092192 | + | Creditech/Cbalv, 50 North 7th St, Bangor, PA 18013-1791 |
| 15092193 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15092216 | + | JJHPortfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 15092217 | + | Lauren Gothe, 737 Penn Avenue, New Brighton, PA 15066-1342 |
| 15092256 | + | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092257 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15132721 | | Towd Point Mortgage Trust 2019-3 et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15127042 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15092269 | + | US Heart & Vascular PC, c/o Credit Management Inc., 681 Anderson Drive #6, Pittsburgh, PA 15220-2766 |
| 15092273 | + | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 15121092 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15092274 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 25 2022 23:48:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 25 2022 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15092160 | | Email/Text: bankruptcies@arsigroup.com | Apr 25 2022 23:41:00 | American Recovery Service Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 15116850 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 13:17:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15092162 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 13:17:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15092161 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 13:17:37 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15092163 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 25 2022 23:41:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15115752 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 25 2022 23:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15092166 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 25 2022 23:41:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092164 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 25 2022 23:41:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092174 | + | Email/Text: bankruptcy@cavps.com | Apr 25 2022 23:41:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15092170 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2022 23:48:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092168 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2022 23:48:49 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15099584 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2022 23:48:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15092175 | + | Email/Text: bankruptcy@cavps.com | Apr 25 2022 23:41:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15092172 | + | Email/Text: bankruptcy@cavps.com | Apr 25 2022 23:41:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15099441 | + | Email/Text: bankruptcy@cavps.com | Apr 25 2022 23:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15092184 | + | Email/Text: bankrupt@choicerecovery.com | Apr 25 2022 23:41:00 | Choice Recovery, 1550 Old Henderson Road, Suite 100, Columbus, OH 43220-3662 |
| 15092182 | + | Email/Text: bankrupt@choicerecovery.com | Apr 25 2022 23:41:00 | Choice Recovery, Po Box 20790, Columbus, OH 43220-0790 |
| 15092185 | + | Email/Text: bankrupt@choicerecovery.com | Apr 25 2022 23:41:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 15092183 | + | Email/Text: bankrupt@choicerecovery.com | Apr 25 2022 23:41:00 | Choice Recovery, 1550 Old Henderson Road, Columbus, OH 43220-3626 |
| 15092188 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 25 2022 23:41:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092191 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2022 23:41:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15092190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2022 23:41:00 | Comenity Bank/Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15092200 | | Email/Text: mrdiscen@discover.com | Apr 25 2022 23:41:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15092272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2022 23:48:44 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15092271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2022 23:48:50 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092197 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2022 23:48:48 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2022 23:48:50 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15127892 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2022 23:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15096767 | | Email/Text: mrdiscen@discover.com | Apr 25 2022 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15092201 | + | Email/Text: mrdiscen@discover.com | Apr 25 2022 23:41:00 | Discover Financial, Po Box 3025, New Albany, |

Case 19-22919-GLT  Doc 118  Filed 04/27/22  Entered 04/28/22 00:24:04  Desc
Imaged Certificate of Notice   Page 7 of 10

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: pdf900 | Total Noticed: 97 |

| | | | |
|---|---|---|---|
| 15130314 | + Email/Text: kburkley@bernsteinlaw.com | Apr 25 2022 23:41:00 | OH 43054-3025<br>Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092202 | + Email/Text: bnc-bluestem@quantum3group.com | Apr 25 2022 23:41:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092204 | Email/Text: bnc-bluestem@quantum3group.com | Apr 25 2022 23:41:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092205 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2022 23:48:50 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15092206 | + Email/Text: Bankruptcy@ICSystem.com | Apr 25 2022 23:41:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092208 | + Email/Text: Bankruptcy@ICSystem.com | Apr 25 2022 23:41:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092210 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2022 23:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15092203 | Email/Text: bnc-bluestem@quantum3group.com | Apr 25 2022 23:41:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15117115 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2022 23:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15092212 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2022 23:41:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092180 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2022 23:48:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092176 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2022 23:48:43 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15102865 | + Email/Text: RASEBN@raslg.com | Apr 25 2022 23:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15092211 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2022 23:41:00 | Jared/Comenity Bank, PO BOx 182789, Columbus, OH 43218-2789 |
| 15092214 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2022 23:41:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15097350 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2022 23:48:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15092219 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2022 23:48:50 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092223 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2022 23:48:44 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092218 | + Email/Text: bk@lendingclub.com | Apr 25 2022 23:41:00 | LendingClub, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15132526 | + Email/Text: Documentfiling@lciinc.com | Apr 25 2022 23:41:00 | LendingClub Corporation, 595 Market St., Ste. 200, San Francisco, CA 94105-2807 |
| 15092227 | Email/Text: camanagement@mtb.com | Apr 25 2022 23:41:00 | M&T Credit Services, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15131556 | Email/Text: camanagement@mtb.com | Apr 25 2022 23:41:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15092232 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2022 23:41:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092235 | + Email/Text: bankruptcydpt@mcmcg.com | | |

Case 19-22919-GLT   Doc 118   Filed 04/27/22   Entered 04/28/22 00:24:04   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: pdf900 | Total Noticed: 97 |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 15092228 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2022 23:41:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15121574 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2022 23:41:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15092244 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 25 2022 23:41:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15092242 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 25 2022 23:41:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15092249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2022 23:41:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092246 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2022 23:48:49 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2022 23:48:44 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15129310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2022 23:48:44 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092251 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 25 2022 23:48:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092259 | | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:48:50 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15092260 | | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:48:49 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15092261 | | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:48:46 | SYNCB/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 15092262 | | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:48:49 | SYNCB/Sam's Club, PO Box 965036, Orlando, FL 32896-5036 |
| 15092263 | | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:48:43 | SYNCB/Value City Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15132825 | + | Email/Text: bncmail@w-legal.com | Apr 25 2022 23:48:46 | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 15092257 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2022 23:41:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15092256 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2022 23:41:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092258 | | Email/Text: PFS.Analyst@stclair.org | Apr 25 2022 23:41:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092578 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:41:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15092265 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:48:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15092264 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:48:46 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15092267 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 25 2022 23:48:49 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15132721 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2022 23:41:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 15092266 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 25 2022 23:41:00 | Towd Point Mortgage Trust 2019-3 et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| | | | Apr 25 2022 23:41:00 | Toyota Financial Services, 111 W 22nd St, |

| Recip ID | Bypass Reason | Name and Address | Date | Address |
|---|---|---|---|---|
| | | | | Oakbrook, IL 60521 |
| 15116155 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 25 2022 23:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15092268 | + | Email/Text: media@trueaccord.com | Apr 25 2022 23:41:00 | True Accord, 303 Second Street, Suite 750, South Tower, San Francisco, CA 94107-1366 |
| 15092270 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 25 2022 23:41:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |

TOTAL: 83

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management, Inc. |
| cr | | Towd Point Mortgage Trust 2019-3, U.S. Bank Nation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092167 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092165 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092171 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092169 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15092173 | *+ | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15092189 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092187 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092198 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092199 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092195 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092196 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092207 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092209 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092213 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092181 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092177 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15092178 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092179 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092215 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15092220 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092221 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092222 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092224 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092225 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092226 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092233 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092234 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092240 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092241 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092236 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092237 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092238 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092239 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092229 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15092230 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15092231 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15122441 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 19-22919-GLT    Doc 118    Filed 04/27/22    Entered 04/28/22 00:24:04    Desc
Imaged Certificate of Notice    Page 10 of 10

| District/off: 0315-2 | User: auto | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: pdf900 | Total Noticed: 97 |

| 15092245 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
|---|---|---|
| 15092243 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092247 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092252 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com

Julie Frazee Steidl
    on behalf of Joint Debtor Heather S. Melvin julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Julie Frazee Steidl
    on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8