IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/21/23 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:                                    )
                                          )
Sean P. Melvin                            )
Heather S. Melvin,                        )        Case No. 19-22919 GLT
        *Debtors*                         )        Chapter 13
                                          )        Related to Dkt. No. 106

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal


X a plan modification sought by:    Debtor

☐ a motion to lift stay as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
X Amended Chapter 13 Plan dated March 14, 2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Debtor's Plan payments shall be changed from $   3,200.00   to
    $   3,505.00   per month, effective   December 2023   ; and/or the Plan term
    shall be changed from         months to         months. .

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice

under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit  attesting to a failure to make Plan payments, and the proceedings or case may  thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve          on or before        .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as        may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X  Other:    Towd Point Mortgage Trust No. 40 to govern with all payment changes of record implemented. Legal fees of $500.00 have been added.

   **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection  be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated  Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further  notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall  remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  21st  day of  December, 2023.

_____
Gregory L. Maddonio                    **jah**
Chief United States Bankruptcy Judge

Stipulated by:                                            Stipulated by:

/s/ Julie Frazee Steidl                               /s/ James Warmbrodt
 Counsel to Debtor                                  Counsel to Chapter 13 Trustee
Julie Frazee Steidl, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 35937
julie.steidl@steidl-steinberg.com

Stipulated by:

_____
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-22919-GLT |
|---|---|
| Sean P. Melvin | Chapter 13 |
| Heather S. Melvin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 95 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. Melvin, Heather S. Melvin, 25 Cypress Dr., Carnegie, PA 15106-1309 |
| sp | | Hailey C. Farrell, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| sp | | Jonathan Gesk, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| 15092183 | + | Choice Recovery, 1550 Old Henderson Road, Columbus, OH 43220-3626 |
| 15092182 | + | Choice Recovery, Po Box 20790, Columbus, OH 43220-0790 |
| 15092192 | + | Creditech/Cbalv, 50 North 7th St, Bangor, PA 18013-1791 |
| 15092193 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15092216 | + | JJHPortfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 15092217 | + | Lauren Gothe, 737 Penn Avenue, New Brighton, PA 15066-1342 |
| 15092269 | + | US Heart & Vascular PC, c/o Credit Management Inc., 681 Anderson Drive #6, Pittsburgh, PA 15220-2766 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 00:24:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 22 2023 00:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15092160 | | Email/Text: bankruptcies@arsigroup.com | Dec 22 2023 00:10:00 | American Recovery Service Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 15092159 | ^ | MEBN | Dec 22 2023 00:06:10 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15116850 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:24:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15092162 | + | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:13:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15092161 | + | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:24:24 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15092163 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2023 00:09:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15115752 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 22 2023 00:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15092166 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 22 2023 00:10:00 | Barclays Bank Delaware, Attn: Correspondence, |

District/off: 0315-2                                      User: auto                                          Page 2 of 7
Date Rcvd: Dec 21, 2023                                  Form ID: pdf900                                      Total Noticed: 95

|  |  |  |  |
|---|---|---|---|
|  |  |  | Po Box 8801, Wilmington, DE 19899-8801 |
| 15092164 | + Email/Text: BarclaysBankDelaware@tsico.com |  |  |
|  |  | Dec 22 2023 00:10:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092174 | Email/Text: bankruptcy@cavps.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15092170 | + Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Dec 22 2023 00:24:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092168 | + Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Dec 22 2023 00:24:41 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15099584 | Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Dec 22 2023 00:12:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15092175 | + Email/Text: bankruptcy@cavps.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15092172 | + Email/Text: bankruptcy@cavps.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15099441 | + Email/Text: bankruptcy@cavps.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15092188 | + Email/Text: bankruptcy@firstenergycorp.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092186 | ^ MEBN |  |  |
|  |  | Dec 22 2023 00:05:35 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092191 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Dec 22 2023 00:10:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15092190 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Dec 22 2023 00:10:00 | Comenity Bank/Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15092200 | Email/Text: mrdiscen@discover.com |  |  |
|  |  | Dec 22 2023 00:10:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15092272 | Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Dec 22 2023 00:24:26 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15092271 | Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Dec 22 2023 00:24:04 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092197 | Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Dec 22 2023 00:13:42 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092194 | Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Dec 22 2023 00:24:04 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15127892 | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15096767 | Email/Text: mrdiscen@discover.com |  |  |
|  |  | Dec 22 2023 00:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15092201 | + Email/Text: mrdiscen@discover.com |  |  |
|  |  | Dec 22 2023 00:10:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15130314 | + Email/Text: kburkley@bernsteinlaw.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092202 | + Email/Text: bnc-bluestem@quantum3group.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092204 | Email/Text: bnc-bluestem@quantum3group.com |  |  |
|  |  | Dec 22 2023 00:11:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

District/off: 0315-2                                    User: auto                                    Page 3 of 7

Date Rcvd: Dec 21, 2023                            Form ID: pdf900                            Total Noticed: 95

| | | | |
|---|---|---|---|
| 15092205 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 22 2023 00:13:10 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15092206 | + Email/Text: Bankruptcy@ICSystem.com | | |
| | | Dec 22 2023 00:10:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092208 | + Email/Text: Bankruptcy@ICSystem.com | | |
| | | Dec 22 2023 00:10:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092210 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Dec 22 2023 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15092203 | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Dec 22 2023 00:11:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15117115 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 22 2023 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15092212 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 22 2023 00:11:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092180 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Dec 22 2023 00:12:34 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092176 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Dec 22 2023 00:13:37 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15102865 | + Email/Text: RASEBN@raslg.com | | |
| | | Dec 22 2023 00:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15092211 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Dec 22 2023 00:10:00 | Jared/Comenity Bank, PO BOx 182789, Columbus, OH 43218-2789 |
| 15092214 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 22 2023 00:11:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15097350 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 22 2023 00:12:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15092219 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 22 2023 00:12:36 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092223 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 22 2023 00:24:05 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092218 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Dec 22 2023 00:10:00 | LendingClub, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15132526 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Dec 22 2023 00:10:00 | LendingClub Corporation, 595 Market St., Ste. 200, San Francisco, CA 94105-2802 |
| 15092227 | Email/Text: camanagement@mtb.com | | |
| | | Dec 22 2023 00:10:00 | M&T Credit Services, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15131556 | Email/Text: camanagement@mtb.com | | |
| | | Dec 22 2023 00:10:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15092232 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 22 2023 00:11:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092235 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 22 2023 00:11:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092228 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 22 2023 00:11:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15121574 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 22 2023 00:11:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15092244 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 22 2023 00:10:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |

District/off: 0315-2                                       User: auto                                       Page 4 of 7

Date Rcvd: Dec 21, 2023                                  Form ID: pdf900                                   Total Noticed: 95

| | | | |
|---|---|---|---|
| 15092242 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 00:10:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092249 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 00:24:12 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092246 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 00:24:04 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092253 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 00:12:39 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15129310 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 00:12:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092251 | + Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 00:24:35 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15092259 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:12:34 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15092260 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:37 | SYNCB/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 15092261 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:14 | SYNCB/Sam's Club, PO Box 965036, Orlando, FL 32896-5036 |
| 15092262 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:35 | SYNCB/Value City Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15092263 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:04 | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 15132825 | + Email/Text: bncmail@w-legal.com | Dec 22 2023 00:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15092257 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 22 2023 00:11:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092256 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 22 2023 00:11:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092258 | Email/Text: PFS.Analyst@stclair.org | Dec 22 2023 00:11:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15092578 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15092265 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:04 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15092264 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:04 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15132721 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 22 2023 00:11:00 | Towd Point Mortgage Trust 2019-3 et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15092267 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 22 2023 00:10:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15092266 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 22 2023 00:10:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15116155 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 22 2023 00:10:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15092268 | + Email/Text: media@trueaccord.com | Dec 22 2023 00:11:00 | True Accord, 303 Second Street, Suite 750, South Tower, San Francisco, CA 94107-1366 |
| 15127042 | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15092270 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

District/off: 0315-2                          User: auto                                          Page 5 of 7
Date Rcvd: Dec 21, 2023                       Form ID: pdf900                                     Total Noticed: 95

|  |  |  | Dec 22 2023 00:09:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
|---|---|---|---|---|
| 15092273 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 00:13:08 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 15121092 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 00:13:37 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15092274 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 00:13:42 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 85

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Midland Credit Management, Inc. |
| cr |  | Towd Point Mortgage Trust 2019-3, U.S. Bank Nation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092167 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092165 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092171 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092169 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15092173 | *+ | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15092189 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092187 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092198 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092199 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092195 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092196 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092207 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092209 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092213 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092181 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092177 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15092178 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092179 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092215 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15092220 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092221 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092222 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092224 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092225 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092226 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092233 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092234 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092240 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092241 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092236 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092237 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092238 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092239 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092229 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15092230 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |

| | | |
|---|---|---|
| 15092231 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15122441 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15092245 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15092243 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092247 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092252 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15092184 | ##+ | Choice Recovery, 1550 Old Henderson Road, Suite 100, Columbus, OH 43220-3662 |
| 15092185 | ##+ | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |

TOTAL: 2 Undeliverable, 46 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Heather S. Melvin julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                                     User: auto                                              Page 7 of 7
Date Rcvd: Dec 21, 2023                          Form ID: pdf900                                   Total Noticed: 95

S. James Wallace
                          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 8