IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sean P. Melvin | ) | |
| Heather S. Melvin, | ) | Case No. 19-22919 GLT |
|    *Debtors* | ) | Chapter 13 |
| | ) | |
| Sean P. Melvin, | ) | Related to Document No. 125 |
| Social Security No. XXX-XX- 2400 | ) | |
|    *Movant* | ) | |
| | ) | |
|    *vs.* | ) | |
| | ) | |
| Columbia Gas of Pennsylvania and Ronda | ) | |
| J. Winnecour, Trustee | ) | |
|    *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 11, 2024, a true and correct copy of the *Amended Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

Sean P. Melvin
25 Cypress Dr.
Carnegie, PA 15106

Columbia Gas of Pennsylvania
Attn: Payroll Dept.
801 East 86th Avenue
Merrillville, IN 46410

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: January 11, 2024    /s/ Julie Frazee Steidl
    Julie Frazee Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 35937