IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | Case No. 19-22919 GLT |
| *Debtors* ) | Chapter 13 |
| ) | Document No. |
| Sean P. Melvin ) | |
| Heather S. Melvin, ) | |
| *Movants* ) | |
| ) | |
| No Respondents ) | |

**<u>DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY</u>**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 1, 2024 at docket numbers 132 and 133, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


<u>August 7, 2024</u>                                                              <u>/s/ Sean P. Melvin                          </u>
Date                                                                                           Debtor



<u>August 7, 2024</u>                                                              <u>/s/ Heather S. Melvin                    </u>
Date                                                                                           Debtor

                                              Respectfully submitted,

<u>August 14, 2024</u>                      <u>/s/ Julie Frazee Steidl</u>
DATE                                    Julie Frazee Steidl, Esquire
                                            Attorney for the Debtor
                                            STEIDL & STEINBERG
                                            Suite 2830, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            julie.steidl@steidl-steinberg.com
                                            PA I.D. No. 35937

**PAWB Local Form 24 (07/13)**