FILED
11/27/24 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Sean Melvin ) | Case No. 19-22919 GLT |
| Heather Melvin ) | |
|    Debtor ) | Chapter 13 |
| ) | Document No. 141 |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | |
|    vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, PA Dept. of Revenue, AHN, American Express,) | |
| Bank of America, Barclays Bank Delaware, Capital ) | |
| One, Cavalry Portfolio Services, JP Morgan Chase, ) | |
| Choice Recovery, Collection Service Center, Comenity ) | |
| Bank/Buckle/Jared, Creditech/Cbalv, Dept. Stores ) | |
| National Bank, Discover Bank, Discover Financial, ) | |
| Duquesne Light Co., Fingerhut/Webbank, Jefferson ) | |
| Capital Systems, Home Depot, IC Systems, IRS, JJH ) | |
| Portfolio Debt Equities, JP Morgan Chase, LVNV ) | |
| Funding/Resurgent Capital, Lending Club, M&T Bank, ) | |
| Midland Funding, PRA Receivables Management, ) | |
| Peoples Natural Gas, PNC Bank Retail Lending, ) | |
| Portfolio Recovery Assoc., SYNCB/Care Credit/ ) | |
| Lowe's/Sam's Club/Value City Furniture/ Walmart, ) | |
| Select Portfolio Servicing, St. Clair Hospital, Towd ) | |
| Point Mortgage, Toyota Financial Services, True ) | |
| Accord, UPMC Physician Services, US Heart & ) | |
| Vascular PC, Verizon, Wells Fargo, Wells Fargo ) | |
| Jewelry Advantage, ) | |
|    Respondents ) | |

DEFAULT
**ORDER OF COURT**

AND NOW, to-wit this __27th__ day of __November__, 2024, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $11,140.00 for

   work performed in the Chapter 13 case by Debtors' counsel from September 4, 2018, to

   November 5, 2024.

2. The Debtors paid their counsel for administrative costs and expenses totaling $310.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $835.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,165.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $15,140.00, with the total to be paid through the Plan by the Trustee being up to $14,305.00 (representing the $3,165.00 previously approved to be paid (as set forth above), $1,500.00 provided for as part of the most recently confirmed plan, and a remaining amount up to $9,640.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $11,140.00.

Prepared by:   Julie Steidl, Esq.

**DEFAULT ENTRY**

Dated: **November 27, 2024**

_____
Gregory  Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                    Case No. 19-22919-GLT
Sean P. Melvin                                                                                                 Chapter 13
Heather S. Melvin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: auto                                                  Page 1 of 2
Date Rcvd: Nov 27, 2024                Form ID: pdf900                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

Recip ID              Recipient Name and Address
db/jdb          +    Sean P. Melvin, Heather S. Melvin, 25 Cypress Dr., Carnegie, PA 15106-1309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024                         Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:

**Name**                          **Email Address**
Denise Carlon
                                  on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee
                                  dcarlon@kmllawgroup.com

Julie Frazee Steidl
                                  on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com
                                  abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Julie Frazee Steidl
                                  on behalf of Joint Debtor Heather S. Melvin julie.steidl@steidl-steinberg.com
                                  abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
                                  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com

District/off: 0315-2　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Nov 27, 2024　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　Total Noticed: 1

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich

on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee
mmiksich@kmllawgroup.com

Michelle L. McGowan

on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee
mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9