**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SEAN P. MELVIN<br>HEATHER S. MELVIN<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:19-22919<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/23/2019 and confirmed on 11/4/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 173,558.65 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 173,558.65 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 9,793.45 | |
|     Trustee Fee | 8,800.64 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18,594.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOWD POINT MORTGAGE TRUST 2019-3 | 0.00 | 54,207.06 | 0.00 | 54,207.06 |
|     Acct: 1162 | | | | |
|   TOWD POINT MORTGAGE TRUST 2019-3 | 1,310.32 | 1,310.32 | 0.00 | 1,310.32 |
|     Acct: 1162 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2400 | | | | |
|   M & T BANK | 5,392.75 | 5,392.75 | 584.23 | 5,976.98 |
|     Acct: 6250 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 17,484.04 | 17,484.04 | 907.62 | 18,391.66 |
|     Acct: 1525 | | | | |
| | | | | 79,886.02 |
| **Priority** | | | | |
|   JULIE FRAZEE STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEAN P. MELVIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,165.00 | 3,165.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 6,628.45 | 6,628.45 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX5-24 | | | | |
|   INTERNAL REVENUE SERVICE* | 7,013.56 | 7,013.56 | 0.00 | 7,013.56 |
|     Acct: 2400 | | | | |
| | | | | 7,013.56 |
| **Unsecured** | | | | |
|   M & T BANK | 66.15 | 66.15 | 0.00 | 66.15 |
|     Acct: 6250 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5749 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 3,218.97 | 2,736.12 | 0.00 | 2,736.12 |
|     Acct: 1004 | | | | |
|   BANK OF AMERICA NA** | 2,628.50 | 2,234.23 | 0.00 | 2,234.23 |
|     Acct: 8935 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 4,607.01 | 3,915.96 | 0.00 | 3,915.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5308 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 934.73 | 794.52 | 0.00 | 794.52 |
| Acct: 4735 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 802.17 | 681.84 | 0.00 | 681.84 |
| Acct: 2643 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 727.13 | 618.06 | 0.00 | 618.06 |
| Acct: 9191 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 3,666.71 | 3,116.70 | 0.00 | 3,116.70 |
| Acct: 2342 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,798.87 | 1,529.04 | 0.00 | 1,529.04 |
| Acct: 4811 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4811 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 3,386.69 | 2,878.69 | 0.00 | 2,878.69 |
| Acct: 4263 | | | | |
| JPMORGAN CHASE BANK | 1,842.27 | 1,565.93 | 0.00 | 1,565.93 |
| Acct: 2121 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4263 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2121 | | | | |
| CHOICE RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6209 | | | | |
| CHOICE RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2282 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XGKES | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: GKN5 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,223.82 | 1,040.25 | 0.00 | 1,040.25 |
| Acct: 1009 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3091 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 801.92 | 681.63 | 0.00 | 681.63 |
| Acct: 7320 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 488.33 | 415.08 | 0.00 | 415.08 |
| Acct: 1311 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1311 | | | | |
| DISCOVER BANK(*) | 2,269.92 | 1,929.43 | 0.00 | 1,929.43 |
| Acct: 6456 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6890 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0649 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0640 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,148.90 | 1,826.57 | 0.00 | 1,826.57 |
| Acct: 0152 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 4,213.15 | 3,581.18 | 0.00 | 3,581.18 |
| Acct: 7611 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 419.97 | 356.97 | 0.00 | 356.97 |
| Acct: 6890 | | | | |
| JH PORTFOLIO DEBT EQUITIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6032 | | | | |
| LENDING CLUB CORP* | 1,100.49 | 935.42 | 0.00 | 935.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0163 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7026 | | | | |
|   LVNV FUNDING LLC | 2,029.68 | 1,725.23 | 0.00 | 1,725.23 |
| Acct: 0026 | | | | |
|   LVNV FUNDING LLC | 2,297.09 | 1,952.53 | 0.00 | 1,952.53 |
| Acct: 5605 | | | | |
|   LVNV FUNDING LLC | 6,178.01 | 5,251.31 | 0.00 | 5,251.31 |
| Acct: 7026 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0750 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4412 | | | | |
|   MIDLAND FUNDING LLC | 978.80 | 831.98 | 0.00 | 831.98 |
| Acct: 4492 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3983 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0750 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7009 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4412 | | | | |
|   PNC BANK NA | 3,699.37 | 3,144.46 | 0.00 | 3,144.46 |
| Acct: 6945 | | | | |
|   PNC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6945 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1009 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9369 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0152 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1009 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 428.55 | 364.27 | 0.00 | 364.27 |
| Acct: 9369 | | | | |
|   ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5143 | | | | |
|   MIDLAND FUNDING LLC | 613.94 | 521.85 | 0.00 | 521.85 |
| Acct: 1306 | | | | |
|   MIDLAND FUNDING LLC | 2,115.10 | 1,797.84 | 0.00 | 1,797.84 |
| Acct: 0133 | | | | |
|   MIDLAND FUNDING LLC | 2,954.77 | 2,511.55 | 0.00 | 2,511.55 |
| Acct: 6394 | | | | |
|   MIDLAND FUNDING LLC | 1,752.12 | 1,489.30 | 0.00 | 1,489.30 |
| Acct: 5913 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6142 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 5,852.81 | 4,974.89 | 0.00 | 4,974.89 |
| Acct: 5567 | | | | |
|   US HEART & VASCULAR PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0120 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7320 | | | | |
|   WELLS FARGO BANK NA | 4,938.62 | 4,197.83 | 0.00 | 4,197.83 |
| Acct: 3159 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4340 | | | | |
| | INTERNAL REVENUE SERVICE* | 4,739.46 | 4,028.54 | 0.00 | 4,028.54 |
| | Acct: 2400 | | | | |
| | MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1306 | | | | |
| | MIDLAND FUNDING LLC | 2,174.05 | 1,847.94 | 0.00 | 1,847.94 |
| | Acct: 3294 | | | | |
| | UPMC PHYSICIAN SERVICES | 205.40 | 174.59 | 0.00 | 174.59 |
| | Acct: 2400 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0968 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 358.66 | 304.86 | 0.00 | 304.86 |
| | Acct: 0482 | | | | |
| | SYNCHRONY BANK | 2,402.63 | 2,042.24 | 0.00 | 2,042.24 |
| | Acct: 8434 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6394 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAUREN GOTHE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN RECOVERY SVC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 68,064.98 |

TOTAL PAID TO CREDITORS                                                                                                154,964.56

TOTAL CLAIMED
PRIORITY         7,013.56
SECURED         24,187.11
UNSECURED      80,064.76

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SEAN P. MELVIN
HEATHER S. MELVIN
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-22919

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22919-GLT |
| Sean P. Melvin | Chapter 13 |
| Heather S. Melvin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 97 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. Melvin, Heather S. Melvin, 25 Cypress Dr., Carnegie, PA 15106-1309 |
| sp | | Hailey C. Farrell, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| sp | | Jonathan Gesk, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| 15092192 | + | Creditech/Cbalv, 50 North 7th St, Bangor, PA 18013-1791 |
| 15092193 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15092216 | + | JJHPortfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 15092217 | + | Lauren Gothe, 737 Penn Avenue, New Brighton, PA 15066-1342 |
| 15092269 | + | US Heart & Vascular PC, c/o Credit Management Inc., 681 Anderson Drive #6, Pittsburgh, PA 15220-2766 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:41:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 27 2024 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15092160 | | Email/Text: bankruptcies@arsigroup.com | Dec 27 2024 23:35:00 | American Recovery Service Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 15092159 | ^ | MEBN | Dec 27 2024 23:28:21 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15116850 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:41:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15092162 | + | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:42:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15092161 | + | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:41:33 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15092163 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15115752 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15092166 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 27 2024 23:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092164 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 27 2024 23:35:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092174 | | Email/Text: bankruptcy@cavps.com | Dec 27 2024 23:35:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15092170 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 23:42:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092168 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 23:42:19 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15099584 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 23:40:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15092175 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2024 23:35:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15092172 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2024 23:35:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15099441 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2024 23:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15092184 | + | Email/Text: aalegalforwarding@wakeassoc.com | Dec 27 2024 23:35:00 | Choice Recovery, 1550 Old Henderson Road, Suite 100, Columbus, OH 43220-3662 |
| 15092182 | + | Email/Text: aalegalforwarding@wakeassoc.com | Dec 27 2024 23:35:00 | Choice Recovery, Po Box 20790, Columbus, OH 43220-0790 |
| 15092185 | + | Email/Text: aalegalforwarding@wakeassoc.com | Dec 27 2024 23:35:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 15092183 | + | Email/Text: aalegalforwarding@wakeassoc.com | Dec 27 2024 23:35:00 | Choice Recovery, 1550 Old Henderson Road, Columbus, OH 43220-3626 |
| 15092188 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 27 2024 23:35:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092186 | ^ | MEBN | Dec 27 2024 23:28:10 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092191 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2024 23:35:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15092190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2024 23:35:00 | Comenity Bank/Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15092200 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15092272 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:41:32 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15092271 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:42:17 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092197 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:42:19 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092194 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:42:21 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15127892 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 23:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15096767 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15092201 | + | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15130314 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 27 2024 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

Note: AZ 85285 (continuation from prior page)

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 15092202 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 27 2024 23:35:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092204 | Email/Text: bnc-bluestem@quantum3group.com | Dec 27 2024 23:35:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092205 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:42:19 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15092206 | + Email/Text: Bankruptcy@ICSystem.com | Dec 27 2024 23:35:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092208 | + Email/Text: Bankruptcy@ICSystem.com | Dec 27 2024 23:35:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092210 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2024 23:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15092203 | Email/Text: bnc-bluestem@quantum3group.com | Dec 27 2024 23:35:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15117115 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2024 23:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15092212 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2024 23:35:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092180 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2024 23:42:28 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092176 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2024 23:41:01 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15102865 | + Email/Text: RASEBN@raslg.com | Dec 27 2024 23:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15092211 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2024 23:35:00 | Jared/Comenity Bank, PO BOx 182789, Columbus, OH 43218-2789 |
| 15092214 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2024 23:35:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15097350 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 23:41:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15092219 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 23:40:53 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092223 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 23:41:29 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092218 | + Email/Text: Documentfiling@lciinc.com | Dec 27 2024 23:35:00 | LendingClub, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15132526 | + Email/Text: Documentfiling@lciinc.com | Dec 27 2024 23:35:00 | LendingClub Corporation, 595 Market St., Ste. 200, San Francisco, CA 94105-2802 |
| 15092227 | Email/Text: camanagement@mtb.com | Dec 27 2024 23:35:00 | M&T Credit Services, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15131556 | Email/Text: camanagement@mtb.com | Dec 27 2024 23:35:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15092232 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092235 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092228 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15121574 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15092244 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2024 23:35:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15092242 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2024 23:35:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:40:47 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092246 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:41:43 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:40:45 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15129310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:41:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092251 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:40:47 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15092259 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:41:15 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15092260 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:13 | SYNCB/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 15092261 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:02 | SYNCB/Sam's Club, PO Box 965036, Orlando, FL 32896-5036 |
| 15092262 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:53 | SYNCB/Value City Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15092263 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:01 | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 15132825 | + | Email/Text: bncmail@w-legal.com | Dec 27 2024 23:35:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15092257 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 27 2024 23:35:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092256 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 27 2024 23:35:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092258 | | Email/Text: PFS.Analyst@stclair.org | Dec 27 2024 23:35:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15092578 | ^ | MEBN | Dec 27 2024 23:28:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15092265 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:22 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15092264 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:34 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15132721 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 27 2024 23:35:00 | Towd Point Mortgage Trust 2019-3 et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15092267 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 27 2024 23:35:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15092266 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 27 2024 23:35:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15116155 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 27 2024 23:35:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15092268 | + | Email/Text: media@trueaccord.com | | |

Case 19-22919-GLT   Doc 149   Filed 12/29/24   Entered 12/30/24 00:24:40   Desc
Imaged Certificate of Notice   Page 11 of 13

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 97 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 27 2024 23:35:00 | True Accord, 303 Second Street, Suite 750, South Tower, San Francisco, CA 94107-1366 |
| 15127042 | | Email/Text: BNCnotices@dcmservices.com | Dec 27 2024 23:35:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15092270 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 27 2024 23:35:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15092273 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:40:56 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 15121092 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:42:27 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15092274 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:41:39 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 89

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management, Inc. |
| cr | | Towd Point Mortgage Trust 2019-3, U.S. Bank Nation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092167 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092165 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092171 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092169 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15092173 | *+ | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15092189 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092187 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092198 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092199 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092195 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092196 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092207 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092209 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092213 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092181 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092177 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15092178 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092179 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092215 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15092220 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092221 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092222 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092224 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092225 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092226 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092233 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092234 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092240 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092241 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092236 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 97 |

| | | |
|---|---|---|
| 15092237 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092238 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092239 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092229 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15092230 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15092231 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15122441 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15092245 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15092243 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092247 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092252 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Heather S. Melvin julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee |

        mimcgowan@raslg.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 9