| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Sean P. Melvin |
| Debtor 2 (Spouse, if filing) | Heather S. Melvin |
| United States Bankruptcy Court for the : <u>WESTERN</u> District of <u>Pennsylvania</u> (State) | |
| Case number <u>19-22919-GLT</u> | |

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1:    Mortgage Information**

Name of creditor:  TOWD POINT MORTGAGE TRUST 2019-3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE

Court claim no. (if known): 40-2

Last 4 digits of any number you use to identify the debtor's account:    1162

Property address:    25 CYPRESS DRIVE ,
Number        Street

CARNEGIE, PA 15106
City            State        ZIP Code

**Part 2:    Prepetition Default Payments**

Check one:

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

**Part 3:    Postpetition Mortgage**

Check one:

[ ]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
MM/DD/YYYY

[X]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $1,977.56

b. Total suspense:    - (b) $838.39

c. Total. Subtract lines a and b.    (c) $1,139.17

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __12__/_1_/__2024___
MM/ DD/ YYYY

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

| Debtor 1 | Sean P. Melvin | | | Case number (if known) | 19-22919-GLT |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Rosa Selmani                                    Date 01/07/2025
   Signature

Print   Rosa Selmani                                   Title Authorized Agent
        First Name        Middle Name        Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number           Street

          Fairfield             NJ             07004
          City                  State          ZIP Code

Contact   470-321-7112                          Email rselmani@raslg.com

Form 4100R              **Response to Notice of Final Cure Payment**              page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___1/7/2025___ I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Sean P. Melvin
25 Cypress Dr.
Carnegie, PA 15106

Heather S. Melvin
25 Cypress Dr.
Carnegie, PA 15106

And via electronic mail to:

Julie Frazee Steidl
707 Grant Street Suite 2830
Gulf Building.
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Raven Mahoney

Email: rmahoney@raslg.com

**SPS Select Portfolio Servicing, Inc.**

Chapter 13 Filed Payment Change Reconciliation

Preparation Date: 01/02/25
Prepared by: Thulasi D

**Loan Information:**

| Loan Number | |
|---|---|
| Debtors Name - 1 | HEATHER MELVIN |
| Debtors Name - 2 | SEAN MELVIN |
| Property Address | 25 CYPRESS DRIVE |
| Property State | PA |

**Bankruptcy Information:**

| Bankruptcy Case # | 19-22919 |
|---|---|
| Filing Date: | 7/23/2019 |
| Person filing: | Both |
| Number of previous filings: | 1 |

**Post petition due**

| Post petition due date: | 12/01/24 |
|---|---|
| Post petition $$$ due: | $1,139.17 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
| | |
| Total Post petition due | $1,139.17 |

**Comment:** Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments.

**Post-Petition Payment History Detail**

| Date Pmnt Rcvd | Post Due Dt | System PMT | Filed PMT | $ Received | Comments |
|---|---|---|---|---|---|
| 07/26/19 | 08/01/19 | $823.57 | $823.57 | $838.39 | |
| 11/30/19 | 09/01/19 | $823.57 | $823.57 | $2,339.05 | |
| | 10/01/19 | $823.57 | $823.57 | | |
| 12/30/19 | 11/01/19 | $823.57 | $823.57 | $1,481.51 | |
| | 12/01/19 | $823.57 | $823.57 | | |
| 02/05/20 | 01/01/20 | $823.57 | $823.57 | $1,482.98 | |
| | 02/01/20 | $823.57 | $823.57 | | |
| 02/28/20 | 03/01/20 | $823.57 | $823.57 | $1,285.02 | |
| | 04/01/20 | $823.57 | $823.57 | | |
| 03/26/20 | 05/01/20 | $823.57 | $823.57 | $823.57 | |
| 04/30/20 | 06/01/20 | $823.57 | $823.57 | $823.57 | |
| 05/29/20 | 07/01/20 | $823.57 | $823.57 | $823.57 | |
| 06/30/20 | 08/01/20 | $823.57 | $823.57 | $823.57 | |
| 08/03/20 | 09/01/20 | $835.30 | $835.30 | $823.57 | |
| 08/27/20 | Partial payment | 0.00 | $0.00 | $823.57 | Partial Payment |
| 10/01/20 | 10/01/20 | $835.30 | $835.30 | $823.57 | |
| 10/31/20 | 11/01/20 | $835.30 | $835.30 | $823.57 | |
| 11/27/20 | 12/01/20 | $835.30 | $835.30 | $823.57 | |
| 12/28/20 | 01/01/21 | $835.30 | $835.30 | $882.62 | |
| | 02/01/21 | $835.30 | $835.30 | | |
| 01/29/21 | 03/01/21 | $835.30 | $835.30 | $835.30 | |
| 02/25/21 | 04/01/21 | $835.30 | $835.30 | $835.30 | |
| 03/29/21 | 05/01/21 | $835.30 | $835.30 | $835.30 | |
| 04/29/21 | 06/01/21 | $835.30 | $835.30 | $835.30 | |
| 05/28/21 | Partial payment | 0.00 | $0.00 | $835.30 | Partial Payment |
| 07/08/21 | 07/01/21 | $856.49 | $856.49 | $835.30 | |
| 07/30/21 | 08/01/21 | $856.49 | $856.49 | $877.28 | |
| 09/03/21 | 09/01/21 | $856.49 | $856.49 | $856.49 | |
| 09/27/21 | 10/01/21 | $856.49 | $856.49 | $856.49 | |
| 10/28/21 | 11/01/21 | $856.49 | $856.49 | $856.49 | |
| 11/29/21 | 12/01/21 | $856.49 | $856.49 | $856.49 | |
| 12/27/21 | 01/01/22 | $856.49 | $856.49 | $856.49 | |
| 01/28/22 | 02/01/22 | $856.49 | $856.49 | $844.25 | |
| 02/25/22 | 03/01/22 | $856.49 | $856.49 | $868.73 | |
| 03/28/22 | 04/01/22 | $883.37 | $883.37 | $856.49 | |
| 04/30/22 | 05/01/22 | $883.37 | $883.37 | $856.49 | |
| 05/31/22 | 06/01/22 | $883.37 | $883.37 | $937.13 | |
| 06/30/22 | 07/01/22 | $883.37 | $883.37 | $883.37 | |
| 07/29/22 | 08/01/22 | $883.37 | $883.37 | $883.37 | |
| 08/30/22 | 09/01/22 | $883.37 | $883.37 | $883.37 | |
| 09/30/22 | 10/01/22 | $883.37 | $883.37 | $883.37 | |
| 10/31/22 | 11/01/22 | $883.37 | $883.37 | $883.37 | |
| 11/30/22 | 12/01/22 | $883.37 | $883.37 | $883.37 | |
| 12/31/22 | 01/01/23 | $883.37 | $883.37 | $883.37 | |
| 01/31/23 | 02/01/23 | $883.37 | $883.37 | $883.37 | |
| 02/28/23 | 03/01/23 | $883.37 | $883.37 | $883.37 | |
| 04/06/23 | 04/01/23 | $867.32 | $867.32 | $867.32 | |
| 05/03/23 | 05/01/23 | $867.32 | $867.32 | $867.32 | |
| 05/31/23 | 06/01/23 | $867.32 | $867.32 | $867.32 | |
| 07/05/23 | 07/01/23 | $867.32 | $867.32 | $867.32 | |
| 08/03/23 | 08/01/23 | $867.32 | $867.32 | $867.32 | |
| 08/31/23 | 09/01/23 | $867.32 | $867.32 | $867.32 | |
| 10/05/23 | 10/01/23 | $867.32 | $867.32 | $867.32 | |
| 11/02/23 | 11/01/23 | $867.32 | $867.32 | $867.32 | |
| 12/07/23 | 12/01/23 | $867.32 | $867.32 | $867.32 | |
| 12/29/23 | 01/01/24 | $867.32 | $867.32 | $867.32 | |
| 02/01/24 | 02/01/24 | $1,020.70 | $1,020.70 | $1,020.70 | |
| 03/07/24 | 03/01/24 | $1,020.70 | $1,020.70 | $1,020.70 | |
| 04/05/24 | 04/01/24 | $1,020.70 | $1,020.70 | $1,020.70 | |
| 05/07/24 | 05/01/24 | $1,020.70 | $1,020.70 | $1,020.70 | |
| 06/06/24 | 06/01/24 | $1,020.70 | $1,020.70 | $1,020.70 | |
| 07/05/24 | 07/01/24 | $1,020.70 | $1,020.70 | $1,020.70 | |
| 08/01/24 | 08/01/24 | $1,020.70 | $1,020.70 | $2,041.40 | |
| | 09/01/24 | $1,020.70 | $1,020.70 | | |
| 10/11/24 | 10/01/24 | $1,020.70 | $1,020.70 | $1,020.70 | |
| 11/06/24 | 11/01/24 | $1,020.70 | $1,020.70 | $1,020.70 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| | Due 01/01/25 | $988.78 | $988.78 | 0.00 | |
|---|---|---|---|---|---|
| | | | | | |

| Total Due | | $58,226.02 | $58,226.02 | | |
|---|---|---|---|---|---|
| Total Received | | | | $57,086.85 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.