**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sean P. Melvin<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2400<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Heather S. Melvin<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6228<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–22919–GLT

# Order of Discharge       12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sean P. Melvin                               Heather S. Melvin

2/18/25                                      **By the court:** <u>Gregory L Taddonio</u>
                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                 **Chapter 13 Discharge**                 page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22919-GLT |
| Sean P. Melvin | Chapter 13 |
| Heather S. Melvin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Feb 18, 2025 | Form ID: 3180W | Total Noticed: 99 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. Melvin, Heather S. Melvin, 25 Cypress Dr., Carnegie, PA 15106-1309 |
| sp | | Hailey C. Farrell, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| sp | | Jonathan Gesk, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| 15092170 | + | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092168 | + | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15099584 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15092192 | + | Creditech/Cbalv, 50 North 7th St, Bangor, PA 18013-1791 |
| 15092193 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15092216 | + | JJHPortfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 15092180 | ++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774 address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092176 | ++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774 address filed with court:, Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15092217 | + | Lauren Gothe, 737 Penn Avenue, New Brighton, PA 15066-1342 |
| 15092259 | | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15092260 | | SYNCB/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 15092261 | | SYNCB/Sam's Club, PO Box 965036, Orlando, FL 32896-5036 |
| 15092262 | | SYNCB/Value City Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15092263 | | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 15092265 | + | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15092264 | + | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15092269 | + | US Heart & Vascular PC, c/o Credit Management Inc., 681 Anderson Drive #6, Pittsburgh, PA 15220-2766 |
| 15092270 | | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15092273 | + | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 15121092 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15092274 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | | |
| | | Feb 19 2025 08:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Feb 19 2025 03:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | | |
| | | Feb 19 2025 08:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Feb 19 2025 03:17:00 | Pennsylvania Dept. of Revenue, Department |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 19 2025 08:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 19 2025 03:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15092160 | | Email/Text: bankruptcies@arsigroup.com | Feb 19 2025 03:17:00 | American Recovery Service Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 15092159 | ^ | MEBN | Feb 19 2025 03:15:35 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15116850 | | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:40:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15092162 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:29:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15092161 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:29:53 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15092163 | + | EDI: BANKAMER | Feb 19 2025 08:12:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15115752 | + | EDI: BANKAMER2 | Feb 19 2025 08:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15092166 | + | EDI: TSYS2 | Feb 19 2025 08:12:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092164 | + | EDI: TSYS2 | Feb 19 2025 08:12:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092174 | | Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15092170 | + | EDI: CAPITALONE.COM | Feb 19 2025 08:12:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092168 | + | EDI: CAPITALONE.COM | Feb 19 2025 08:12:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15099584 | | EDI: CAPITALONE.COM | Feb 19 2025 08:12:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15092175 | + | Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15092172 | + | Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15099441 | + | Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15092184 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 19 2025 03:17:00 | Choice Recovery, 1550 Old Henderson Road, Suite 100, Columbus, OH 43220-3662 |
| 15092182 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 19 2025 03:17:00 | Choice Recovery, Po Box 20790, Columbus, OH 43220-0790 |
| 15092185 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 19 2025 03:17:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 15092183 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 19 2025 03:17:00 | Choice Recovery, 1550 Old Henderson Road, Columbus, OH 43220-3626 |
| 15092188 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 19 2025 03:18:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |

Case 19-22919-GLT   Doc 159   Filed 02/20/25   Entered 02/21/25 00:34:08   Desc
Imaged Certificate of Notice   Page 5 of 9

| District/off: 0315-2 | User: auto | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 3180W | Total Noticed: 99 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 15092186 | ^ MEBN | Feb 19 2025 03:15:32 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092191 | + EDI: WFNNB.COM | Feb 19 2025 08:12:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15092190 | + EDI: WFNNB.COM | Feb 19 2025 08:12:00 | Comenity Bank/Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15092200 | EDI: DISCOVER | Feb 19 2025 08:12:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15092272 | EDI: CITICORP | Feb 19 2025 08:12:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15092271 | EDI: CITICORP | Feb 19 2025 08:12:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092197 | EDI: CITICORP | Feb 19 2025 08:12:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092194 | EDI: CITICORP | Feb 19 2025 08:12:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15127892 | EDI: Q3G.COM | Feb 19 2025 08:12:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15096767 | EDI: DISCOVER | Feb 19 2025 08:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15092201 | + EDI: DISCOVER | Feb 19 2025 08:12:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15130314 | + Email/Text: kburkley@bernsteinlaw.com | Feb 19 2025 03:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092202 | + EDI: BLUESTEM | Feb 19 2025 08:12:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092204 | EDI: BLUESTEM | Feb 19 2025 08:12:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092205 | + EDI: CITICORP | Feb 19 2025 08:12:00 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15092206 | + EDI: LCIICSYSTEM | Feb 19 2025 08:12:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092208 | + EDI: LCIICSYSTEM | Feb 19 2025 08:12:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092210 | EDI: IRS.COM | Feb 19 2025 08:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15092203 | EDI: BLUESTEM | Feb 19 2025 08:12:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15117115 | EDI: JEFFERSONCAP.COM | Feb 19 2025 08:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15092212 | EDI: JEFFERSONCAP.COM | Feb 19 2025 08:12:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092180 | EDI: JPMORGANCHASE | Feb 19 2025 08:12:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092176 | EDI: JPMORGANCHASE | Feb 19 2025 08:12:00 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15102865 | + Email/Text: RASEBN@raslg.com | Feb 19 2025 03:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 15092211 | + | EDI: WFNNB.COM | Feb 19 2025 08:12:00 | Raton, FL 33487-2853<br>Jared/Comenity Bank, PO BOx 182789, Columbus, OH 43218-2789 |
| 15092214 | | EDI: JEFFERSONCAP.COM | Feb 19 2025 08:12:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15097350 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:29:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15092219 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:29:25 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092223 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:12 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092218 | + | EDI: LENDNGCLUB | Feb 19 2025 08:12:00 | LendingClub, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15132526 | + | EDI: LENDNGCLUB | Feb 19 2025 08:12:00 | LendingClub Corporation, 595 Market St., Ste. 200, San Francisco, CA 94105-2802 |
| 15092227 | | Email/Text: camanagement@mtb.com | Feb 19 2025 03:17:00 | M&T Credit Services, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15131556 | | Email/Text: camanagement@mtb.com | Feb 19 2025 03:17:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15092232 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:18:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092235 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:18:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092228 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:18:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15121574 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:18:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15092244 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2025 03:17:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15092242 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2025 03:17:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092249 | | EDI: PRA.COM | Feb 19 2025 08:12:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092246 | | EDI: PRA.COM | Feb 19 2025 08:12:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092253 | | EDI: PRA.COM | Feb 19 2025 08:12:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15129310 | | EDI: PRA.COM | Feb 19 2025 08:12:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092251 | + | EDI: PRA.COM | Feb 19 2025 08:12:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15092259 | | EDI: SYNC | Feb 19 2025 08:12:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15092260 | | EDI: SYNC | Feb 19 2025 08:12:00 | SYNCB/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 15092261 | | EDI: SYNC | Feb 19 2025 08:12:00 | SYNCB/Sam's Club, PO Box 965036, Orlando, FL 32896-5036 |
| 15092262 | | EDI: SYNC | Feb 19 2025 08:12:00 | SYNCB/Value City Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15092263 | | EDI: SYNC | Feb 19 2025 08:12:00 | SYNCB/Walmart, PO Box 965036, Orlando, FL |

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 3180W | Total Noticed: 99 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5036 |
| 15132825 | + | Email/Text: bncmail@w-legal.com | Feb 19 2025 03:18:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15092257 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 19 2025 03:18:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092256 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 19 2025 03:18:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092258 | | Email/Text: PFS.Analyst@stclair.org | Feb 19 2025 03:18:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15092578 | ^ | MEBN | Feb 19 2025 03:15:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15092265 | + | EDI: SYNC | Feb 19 2025 08:12:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15092264 | + | EDI: SYNC | Feb 19 2025 08:12:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15132721 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 19 2025 03:18:00 | Towd Point Mortgage Trust 2019-3 et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15092267 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 19 2025 03:17:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15092266 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 19 2025 03:17:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15116155 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 19 2025 03:17:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15092268 | + | Email/Text: media@trueaccord.com | Feb 19 2025 03:18:00 | True Accord, 303 Second Street, Suite 750, South Tower, San Francisco, CA 94107-1366 |
| 15127042 | | Email/Text: BNCnotices@dcmservices.com | Feb 19 2025 03:17:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15092270 | | EDI: VERIZONCOMB.COM | Feb 19 2025 08:12:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15092273 | + | EDI: WFFC2 | Feb 19 2025 08:12:00 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 15121092 | | EDI: WFFC2 | Feb 19 2025 08:12:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15092274 | + | EDI: WFFC2 | Feb 19 2025 08:12:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 93

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management, Inc. |
| cr | | Towd Point Mortgage Trust 2019-3, U.S. Bank Nation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092167 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092165 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092171 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092169 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15092173 | *+ | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 3180W | Total Noticed: 99 |

| | | |
|---|---|---|
| 15092189 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092187 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092198 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092199 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092195 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092196 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092207 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092209 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092213 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092181 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092177 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15092178 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092179 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092215 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15092220 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092221 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092222 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092224 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092225 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092226 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092233 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092234 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092238 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092239 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092240 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092241 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092236 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092237 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092229 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15092230 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15092231 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15122441 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15092245 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15092243 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092247 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092252 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 7 of 7 |
| Date Rcvd: Feb 18, 2025 | Form ID: 3180W | Total Noticed: 99 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025             Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Heather S. Melvin julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 9