FILED
2/18/25 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
SEAN P. MELVIN
HEATHER S. MELVIN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22919

Chapter 13

Related to Docket No. 146

## ORDER OF COURT

AND NOW, this ___18th Day of February, 2025___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory J. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22919-GLT |
| Sean P. Melvin | Chapter 13 |
| Heather S. Melvin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 97 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. Melvin, Heather S. Melvin, 25 Cypress Dr., Carnegie, PA 15106-1309 |
| sp | | Hailey C. Farrell, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| sp | | Jonathan Gesk, Gesk Moritz LLC, 14 E. Main Street, Carnegie, PA 15106-2456 |
| 15092192 | + | Creditech/Cbalv, 50 North 7th St, Bangor, PA 18013-1791 |
| 15092193 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15092216 | + | JJHPortfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 15092217 | + | Lauren Gothe, 737 Penn Avenue, New Brighton, PA 15066-1342 |
| 15092269 | + | US Heart & Vascular PC, c/o Credit Management Inc., 681 Anderson Drive #6, Pittsburgh, PA 15220-2766 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:40:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 19 2025 03:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15092160 | | Email/Text: bankruptcies@arsigroup.com | Feb 19 2025 03:17:00 | American Recovery Service Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 15092159 | ^ | MEBN | Feb 19 2025 03:15:34 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15116850 | | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:40:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15092162 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:40:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15092161 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:29:27 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15092163 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 19 2025 03:17:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15115752 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 19 2025 03:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15092166 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 19 2025 03:17:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092164 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 19 2025 03:17:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092174 | | Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 15092170 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 03:29:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092168 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 03:40:18 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15099584 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 03:29:08 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15092175 | + Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15092172 | + Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15099441 | + Email/Text: bankruptcy@cavps.com | Feb 19 2025 03:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15092184 | + Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 19 2025 03:17:00 | Choice Recovery, 1550 Old Henderson Road, Suite 100, Columbus, OH 43220-3662 |
| 15092182 | + Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 19 2025 03:17:00 | Choice Recovery, Po Box 20790, Columbus, OH 43220-0790 |
| 15092185 | + Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 19 2025 03:17:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 15092183 | + Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 19 2025 03:17:00 | Choice Recovery, 1550 Old Henderson Road, Columbus, OH 43220-3626 |
| 15092188 | + Email/Text: bankruptcy@firstenergycorp.com | Feb 19 2025 03:18:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092186 | ^ MEBN | Feb 19 2025 03:15:30 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092191 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2025 03:17:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15092190 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2025 03:17:00 | Comenity Bank/Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15092200 | Email/Text: mrdiscen@discover.com | Feb 19 2025 03:17:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15092272 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:35 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15092271 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:23 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092197 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:29:16 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092194 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:26 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15127892 | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2025 03:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15096767 | Email/Text: mrdiscen@discover.com | Feb 19 2025 03:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15092201 | + Email/Text: mrdiscen@discover.com | Feb 19 2025 03:17:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15130314 | + Email/Text: kburkley@bernsteinlaw.com | Feb 19 2025 03:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

Note: AZ 85285 (continuation from previous page)

Case 19-22919-GLT   Doc 160   Filed 02/20/25   Entered 02/21/25 00:34:08   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0315-2 | User: auto | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 97 |

| | | | |
|---|---|---|---|
| 15092202 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 19 2025 03:18:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092204 | Email/Text: bnc-bluestem@quantum3group.com | Feb 19 2025 03:18:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15092205 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:18 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15092206 | + Email/Text: Bankruptcy@ICSystem.com | Feb 19 2025 03:17:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092208 | + Email/Text: Bankruptcy@ICSystem.com | Feb 19 2025 03:17:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092210 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2025 03:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15092203 | Email/Text: bnc-bluestem@quantum3group.com | Feb 19 2025 03:18:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15117115 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15092212 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:18:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092180 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2025 04:01:37 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092176 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2025 03:40:33 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15102865 | + Email/Text: RASEBN@raslg.com | Feb 19 2025 03:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15092211 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2025 03:17:00 | Jared/Comenity Bank, PO BOx 182789, Columbus, OH 43218-2789 |
| 15092214 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:18:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15097350 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:29:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15092219 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:29:25 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092223 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:29:25 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092218 | + Email/Text: Documentfiling@lciinc.com | Feb 19 2025 03:17:00 | LendingClub, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15132526 | + Email/Text: Documentfiling@lciinc.com | Feb 19 2025 03:17:00 | LendingClub Corporation, 595 Market St., Ste. 200, San Francisco, CA 94105-2802 |
| 15092227 | Email/Text: camanagement@mtb.com | Feb 19 2025 03:17:00 | M&T Credit Services, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15131556 | Email/Text: camanagement@mtb.com | Feb 19 2025 03:17:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15092232 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:18:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092235 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:18:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092228 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:18:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |

Case 19-22919-GLT   Doc 160   Filed 02/20/25   Entered 02/21/25 00:34:08   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 97 |

| | | | | |
|---|---|---|---|---|
| 15121574 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:18:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15092244 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2025 03:17:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15092242 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2025 03:17:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:40:07 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092246 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:40:26 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:29:10 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15129310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:29:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092251 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:29:15 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15092259 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:40:19 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15092260 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:29:08 | SYNCB/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 15092261 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:40:10 | SYNCB/Sam's Club, PO Box 965036, Orlando, FL 32896-5036 |
| 15092262 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:40:12 | SYNCB/Value City Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 15092263 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:51:22 | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 15132825 | + | Email/Text: bncmail@w-legal.com | Feb 19 2025 03:18:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15092257 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 19 2025 03:18:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092256 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 19 2025 03:18:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15092258 | | Email/Text: PFS.Analyst@stclair.org | Feb 19 2025 03:18:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15092578 | ^ | MEBN | Feb 19 2025 03:15:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15092265 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:29:15 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15092264 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:29:08 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15132721 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 19 2025 03:18:00 | Towd Point Mortgage Trust 2019-3 et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15092267 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 19 2025 03:17:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15092266 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 19 2025 03:17:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15116155 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 19 2025 03:17:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15092268 | + | Email/Text: media@trueaccord.com | | |

Case 19-22919-GLT    Doc 160    Filed 02/20/25    Entered 02/21/25 00:34:08    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 97 |

| Recip ID | Bypass Reason | Route | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 19 2025 03:18:00 | True Accord, 303 Second Street, Suite 750, South Tower, San Francisco, CA 94107-1366 |
| 15127042 | | Email/Text: BNCnotices@dcmservices.com | Feb 19 2025 03:17:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15092270 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 19 2025 03:17:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15092273 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:51:16 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 15121092 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:29:08 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15092274 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:29:08 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 89

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management, Inc. |
| cr | | Towd Point Mortgage Trust 2019-3, U.S. Bank Nation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15092167 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15092165 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15092171 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15092169 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15092173 | *+ | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15092189 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15092187 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15092198 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092199 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15092195 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092196 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15092207 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15092209 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15092213 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15092181 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15092177 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 15092178 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092179 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15092215 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15092220 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092221 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092222 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15092224 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092225 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092226 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15092233 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092234 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15092240 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092241 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092236 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |

Case 19-22919-GLT   Doc 160   Filed 02/20/25   Entered 02/21/25 00:34:08   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 97 |

| | | |
|---|---|---|
| 15092237 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092238 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092239 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15092229 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15092230 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15092231 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15122441 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15092245 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15092243 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15092250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15092247 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15092254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15092252 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Denise Carlon
on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com

Julie Frazee Steidl
on behalf of Joint Debtor Heather S. Melvin julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Julie Frazee Steidl
on behalf of Debtor Sean P. Melvin julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee mmiksich@kmllawgroup.com

Michelle L. McGowan
on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee

District/off: 0315-2 User: auto Page 7 of 7
Date Rcvd: Feb 18, 2025 Form ID: pdf900 Total Noticed: 97

    mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9