**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>    SEAN P. MELVIN<br>    HEATHER S. MELVIN<br>         Debtor(s) | Case No. 19-22919GLT |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2019.

2) The plan was confirmed on 11/04/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/03/2020, 07/01/2021, 04/25/2022, 12/21/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 08/16/2024.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $63,889.37.

10) Amount of unsecured claims discharged without full payment: $66,087.87.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $173,558.65 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $173,558.65

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $9,793.45 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $8,800.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $18,594.09

Attorney fees paid and disclosed by debtor:    $835.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLEGHENY HEALTH NETWORK | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 3,218.00 | 3,218.97 | 3,218.97 | 2,736.12 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 2,628.00 | 2,628.50 | 2,628.50 | 2,234.23 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 894.00 | 802.17 | 802.17 | 681.84 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 784.00 | 727.13 | 727.13 | 618.06 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | 1,798.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 3,704.00 | 3,666.71 | 3,666.71 | 3,116.70 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 1,798.00 | 1,798.87 | 1,798.87 | 1,529.04 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 3,386.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 1,842.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY++ | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY++ | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| CREDITECH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 801.00 | 801.92 | 801.92 | 681.63 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 488.00 | 488.33 | 488.33 | 415.08 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,269.00 | 2,269.92 | 2,269.92 | 1,929.43 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 358.66 | 358.66 | 304.86 | 0.00 |
| FINGERHUT | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 4,739.46 | 4,739.46 | 4,028.54 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 1,292.00 | 7,013.56 | 7,013.56 | 7,013.56 | 0.00 |
| INTERNAL REVENUE SERVICE* | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 4,213.00 | 4,213.15 | 4,213.15 | 3,581.18 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 419.00 | 419.97 | 419.97 | 356.97 | 0.00 |
| JH PORTFOLIO DEBT EQUITIES++ | Unsecured | 5,487.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JPMORGAN CHASE BANK | Unsecured | 1,842.00 | 1,842.27 | 1,842.27 | 1,565.93 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/ | Unsecured | 3,386.00 | 3,386.69 | 3,386.69 | 2,878.69 | 0.00 |
| LENDING CLUB CORP* | Unsecured | 1,100.00 | 1,100.49 | 1,100.49 | 935.42 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,029.00 | 2,029.68 | 2,029.68 | 1,725.23 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,793.00 | 2,297.09 | 2,297.09 | 1,952.53 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 6,178.00 | 6,178.01 | 6,178.01 | 5,251.31 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 634.92 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 1,634.37 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 6,178.00 | NA | NA | 0.00 | 0.00 |
| M & T BANK | Unsecured | 0.00 | 164.91 | 66.15 | 66.15 | 0.00 |
| M & T BANK | Secured | 5,999.00 | 5,584.49 | 5,392.75 | 5,392.75 | 584.23 |
| MIDLAND FUNDING | Unsecured | 614.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 2,917.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 2,174.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,752.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 2,917.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,752.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 979.00 | 978.80 | 978.80 | 831.98 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 584.00 | 613.94 | 613.94 | 521.85 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 2,115.10 | 2,115.10 | 1,797.84 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,954.00 | 2,954.77 | 2,954.77 | 2,511.55 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 605.00 | 1,752.12 | 1,752.12 | 1,489.30 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,174.00 | 2,174.05 | 2,174.05 | 1,847.94 | 0.00 |
| PNC BANK NA | Unsecured | 4,024.00 | 3,699.37 | 3,699.37 | 3,144.46 | 0.00 |
| PNC BANK++ | Unsecured | 7,030.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,148.00 | 2,148.90 | 2,148.90 | 1,826.57 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 429.00 | 428.55 | 428.55 | 364.27 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,890.00 | 5,852.81 | 5,852.81 | 4,974.89 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,607.00 | 4,607.01 | 4,607.01 | 3,915.96 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 934.00 | 934.73 | 934.73 | 794.52 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,223.00 | 1,223.82 | 1,223.82 | 1,040.25 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 2,149.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,224.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,224.00 | NA | NA | 0.00 | 0.00 |
| ST CLAIR HOSPITAL | Unsecured | 986.39 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | NA | 2,402.63 | 2,402.63 | 2,042.24 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOWD POINT MORTGAGE TRUST 201 | Secured | 87,630.00 | 87,723.72 | 0.00 | 54,207.06 | 0.00 |
| TOWD POINT MORTGAGE TRUST 201 | Secured | 0.00 | 1,310.32 | 1,310.32 | 1,310.32 | 0.00 |
| TOYOTA MOTOR CREDIT CORPORAT | Secured | 17,767.00 | 17,484.04 | 17,484.04 | 17,484.04 | 907.62 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 205.40 | 205.40 | 174.59 | 0.00 |
| US HEART & VASCULAR PC++ | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| VERIZON++ | Unsecured | 1,750.70 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 4,213.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 4,938.00 | 4,938.62 | 4,938.62 | 4,197.83 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $54,207.06 | $0.00 |
|     Mortgage Arrearage | $1,310.32 | $1,310.32 | $0.00 |
|     Debt Secured by Vehicle | $22,876.79 | $22,876.79 | $1,491.85 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,187.11** | **$78,394.17** | **$1,491.85** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $7,013.56 | $7,013.56 | $0.00 |
| **TOTAL PRIORITY:** | **$7,013.56** | **$7,013.56** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$80,064.76** | **$68,064.98** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $18,594.09 |
| Disbursements to Creditors | $154,964.56 |
| **TOTAL DISBURSEMENTS:** | **$173,558.65** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/21/2025                         By: /s/ Ronda J. Winnecour
                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**